

- PROPERTY OFF-PREMISES (CP 00 10, CP 00 17, CP 00 18, CP 00 99)

  The Property Off-Premises Coverage Extension is revised to include limited coverage for stock, property at a storage location leased mid-term and property at a fair, trade show or exhibition.

## III. REDUCTION OF COVERAGE

- COLLAPSE COVERAGE (CP 00 20, CP 00 70, CP 10 20, CP 10 30)

  Under the Additional Coverage – Collapse, a definition of collapse is introduced to explicitly set forth the intended coverage.

  The definition requires an abrupt falling down or caving in of the building or part of the building. The definition affects losses caused by hidden decay, hidden insect or vermin damage, or use of defective materials or methods in construction, remodeling or renovation. Other causes of loss named in the Collapse Additional Coverage are not affected by the definition of collapse because they are covered by the policy irrespective of whether there is a collapse.

- INCREASED COST OF CONSTRUCTION (CP 00 10, CP 00 17)

  The Additional Coverage – Increased Cost Of Construction is revised to specify that such coverage does not respond to losses related to enforcement of laws which require, for example, demolition or repair of property due to fungus, wet rot, dry rot or bacteria, or the assessment or clean up of fungus, wet rot, dry rot or bacteria.

- ELECTRONIC DATA – LEGAL LIABILITY AND MORTGAGEHOLDERS ERRORS AND OMISSIONS (CP 00 40, CP 00 70)

  Under revised Legal Liability Coverage Form CP 00 40, Covered Property does not include electronic data.

  In revised Mortgageholders Errors And Omissions Coverage Form CP 00 70, under Coverage A (Mortgageholders Interest) and Coverage B (Property Owned Or Held In Trust), Covered Property does not include electronic data.

## IV. CHANGES IN COVERAGE

ELECTRONIC DATA
(CP 00 10, CP 00 17, CP 00 18, CP 00 99)

In the revised policy, electronic data (which is defined) is characterized as Property Not Covered, except as provided under Additional Coverage – Electronic Data. [The characterization of electronic data as Property Not Covered is not a comment on the essential nature of electronic data. Rather, Property Not Covered is designed to address situations which serve as exceptions to Covered Property or simply need to be identified as being outside the purview of coverage or full coverage.]

Under the Additional Coverage – Electronic Data, coverage is provided for the cost of replacing or restoring electronic data which has been destroyed or corrupted by a Covered Cause of Loss. The Covered Causes of Loss in this situation are certain named perils, including computer virus as limited. The Electronic Data coverage is subject to an annual aggregate limit of $2,500 per policy, which applies regardless of the number of occurrences, premises, locations or computer systems involved.

Reduction in coverage: The new annual aggregate limit of $2,500 per policy represents a reduction in coverage with respect to losses that would have been covered in the past under Valuable Papers And Records – Cost of Research. The previous coverage was in the amount of $2,500 per premises for each occurrence, unless the Declarations showed a higher limit.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2002, 2000.

INSURED COPY

09/01/2006        8156716        NECLWMMP609        PGDM060D J22363        GCAFPPN        00000707  Page        32

 

**Potential broadening of coverage:** As revised, the policy explicitly provides coverage under certain circumstances for corruption of electronic data, a type of loss which was not explicitly addressed in the policy in the past. The revised policy also makes it explicit that a computer virus is a covered cause of loss in many circumstances. To the extent that such losses would not have been covered in the past, the Additional Coverage – Electronic Data represents a broadening of coverage.

## BUSINESS INTERRUPTION COVERAGE FORMS

### I.  CLARIFICATION OR PROCEDURAL CHANGES

- TIME ELEMENT – SUSPENSION OF OPERATIONS **(CP 00 30, CP 00 32, CP 00 50)**

A definition of the term <u>suspension</u> is introduced. Suspension of operations includes the slowdown or cessation of your business activities.

- BUSINESS INCOME – SALES VALUE OF PRODUCTION **(CP 00 30, CP 00 32)**

The coverage grant in the business income forms is revised to state explicitly that, for manufacturing risks, net income includes the net sales value of production.

- EDITORIAL CHANGE TO **CP 00 30** and **CP 00 32**

The text of the Extended Period of Indemnity option is revised to make reference to subparagraphs (1)(b) and (2)(b) of the Extended Business Income grant since the Extended Period of Indemnity option is intended to apply to both rental value ((2)(b)) and other-than-rental-value ((1)(b)).

- RENTAL VALUE **(CP 00 30, CP 00 32)**

The definition of rental value has been revised to emphasize that continuing normal operating expenses are included and non-continuing expenses are deducted in computing loss of rental value.

- EXTRA EXPENSE COVERAGE (CP 00 30, CP 00 50)

The Extra Expense coverage grant, as revised, omits explicit reference to the expense of replacing valuable papers and records. The new limitations on electronic data, discussed above, affect valuable papers and records stored as electronic data. There is no particular restriction (and no change in coverage) relating to valuable papers and records in the paper medium.

The Extra Expense coverage grant is revised to clarify that repair or replacement of property is covered only to the extent that it reduces the amount of loss that otherwise would have been payable under the Coverage Form (CP 00 30 or CP 00 50).

### II.  BROADENING OF COVERAGE

- TENANTS' PREMISES (CP 00 30, CP 00 32, CP 00 50)

With respect to insureds who occupy part of a building, the meaning of premises is expanded to include any area within the building or on the site at which the tenant's premises are located, if that area services, or is used to gain access to, the tenant's premises.

- ALTERATIONS, NEW BUILDINGS AND NEW LOCATIONS (CP 00 30)

The following are extended to apply to Extra Expense coverage: Additional Coverage – Alterations And New Buildings and Coverage Extension – Newly Acquired Locations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2002, 2000.

09/01/2006    8 156716    NECLWMMP609    INSURED COPY    PGDM060D J22363    GCAFPPN    00000708   Page    33

 

## III. REDUCTION OF COVERAGE

- MAXIMUM PERIOD OF INDEMNITY OPTIONAL COVERAGE (CP 00 30)

   When this option is made applicable to the policy, recovery for loss of business income and extra expense is limited to the amount of such loss or expense sustained during the 120 days following property damage, subject to the Limit of Insurance. Previously, this option applied only to business income loss.

## IV. CHANGES IN COVERAGE

INTERRUPTION OF COMPUTER OPERATIONS
(CP 00 30, CP 00 32, CP 00 50)

In the past, coverage for business income loss due to damage to electronic media and records was limited to the longer of 60 days or the time needed to restore other property (unless a greater number of days was provided via endorsement CP 15 29). These time limitations, including amendment via CP 15 29, no longer apply.

In the revised policy, under an Additional Coverage -- Interruption Of Computer Operations, coverage is provided for business income loss and/or extra expense (depending on the Coverage Form used in a particular policy) arising from a business interruption caused by destruction or corruption of electronic data by a Covered Cause of Loss. The Covered Causes of Loss in this situation are certain named perils, including computer virus as limited. The Interruption Of Computer Operations coverage is subject to an annual aggregate limit of $2,500 per policy, which applies regardless of the number of occurrences, premises, locations or computer systems involved.

**Reduction in coverage:** In comparison to the time limitation used in the past, the new aggregate dollar limit represents a reduction in business income coverage. Coverage is also reduced for extra expense, because the aforementioned time limitation did not affect extra expense; the new aggregate limit affects business income and extra expense.

**Potential broadening of coverage:** As revised, the policy explicitly provides coverage under certain circumstances for corruption of electronic data, a type of loss which was not explicitly addressed in the policy in the past. The revised policy also makes it explicit that a computer virus is a covered cause of loss in many circumstances. To the extent that business interruptions related to such losses would not have been covered in the past, the Additional Coverage -- Interruption Of Computer Operations represents a broadening of coverage.

### CHANGES IN GLASS COVERAGE

- The Commercial Property Coverage Part includes coverage for glass that is part of a building or part of business personal property, if the building or business personal property qualifies as Covered Property. The covered causes of loss for such property are determined by the Causes of Loss Form that applies to Covered Property.

- If your previous policy did not include Glass Coverage Form CP 00 15, then either explanation (A) or (B) applies:

   (A) If the Covered Property is subject to the Causes of Loss – Basic Form (CP 10 10) or Causes of Loss – Broad Form (CP 10 20), coverage is **broadened** in that the vandalism cause of loss no longer contains an exception for glass. Under CP 10 20 , coverage is **also reduced**, in that the $500 Additional Coverage – Breakage of Glass (applicable to causes of loss not otherwise covered under CP 10 20) is eliminated.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2002, 2000.

INSURED COPY
09/01/2006      8 156716      NECLWMMP609      PGDM060D  J22363      GCAFPPN   00000709   Page   34

 

(B) If the Covered Property is subject to the Causes of Loss – Special Form (CP 10 30), coverage on glass is broadened. Coverage under CP 10 30 is expanded to include glass breakage caused by a cause of loss that is not otherwise excluded, and damage caused by chemicals applied to glass. [The coverage for glass breakage is accomplished by removal of a previous limitation.] The new edition of CP 10 30 also includes an Additional Coverage Extension pertaining to temporary plates and removal of obstructions.

- If your previous policy included Glass Coverage Form CP 00 15 and Covered Property is subject to the Causes of Loss – Special Form (CP 10 30) under your new policy, the following disclosure applies: Coverage for glass breakage is reduced in that CP 10 30 does not cover earthquake or flood. But if your policy is endorsed to cover earthquake and flood (separate endorsements), then glass coverage under the new policy is substantially equivalent to the old.

## CAUSES OF LOSS FORMS
**(and Causes of Loss Sections of CP 00 70 and CP 00 99 as listed in individual items)**

I.  **CLARIFICATION OR PROCEDURAL CHANGES**

- EARTH MOVEMENT EXCLUSION (CP 10 10, CP 10 20, CP 10 30, CP 00 70, CP 00 99)

The Earth Movement Exclusion is revised to separate the various types of earth movement into different paragraphs, and to provide some detail on the terms earth sinking, rising and shifting, including explicit reference to soil conditions, the action of water, and settling.

- WATER DAMAGE NAMED PERIL (CP 10 20)

The Water Damage peril is revised to clarify that it is intended to respond only to losses which involve the breaking apart or cracking of an on-premises system or on-premises appliance. The description of water damage under the Additional Coverage – Collapse is revised to follow suit.

This peril is also revised to specify that coverage does not include discharge or leakage from roof drains, gutters, downspouts or similar fixtures or equipment. Such equipment is not considered to be a covered system under the terms of this peril.

- SPECIFIED CAUSES OF LOSS (CP 10 30)

In the Causes of Loss – Special Form, the definition of "specified causes of loss" (named perils which apply under certain circumstances) is revised to clarify that water damage relates to the breaking apart or cracking of an on-premises system or on-premises appliance.

- SPECIAL FORM LIMITATION ON VALUABLE PAPERS AND RECORDS (CP 10 30)

This limitation does not apply to prepackaged software programs.

- EXCLUSIONS (CP 10 10, CP 10 20, CP 10 30, CP 00 70, CP 00 99)

Language is added in the section of the form pertaining to exclusions, to emphasize that exclusions apply whether the loss event results in widespread damage or affects a substantial area.

- EXCLUSION OF NEGLECT (CP 10 10, CP 10 20, CP 10 30, CP 00 70, CP 00 99)

To complement and reinforce the Duties In The Event of Loss Or Damage condition in the coverage forms, which requires the insured to take all reasonable steps to protect the Covered Property from further damage, an exclusion pertaining to neglect is introduced.

 

- CORPORATIONS AND LIMITED LIABILITY COMPANIES (CP 10 30)

  The exclusion pertaining to dishonest and criminal acts is revised to recognize members, officers and managers.

- UTILITY SERVICES EXCLUSIONS (CP 10 10, CP 10 20, CP 10 30, CP 00 70, CP 00 99)

  A statement has been added to the Utility Services exclusions, explaining that failure of power or other utility service includes lack of sufficient capacity and a reduction in the supply of the service.

## II. BROADENING OF COVERAGE

- WEIGHT OF ICE, SNOW AND SLEET (CP 10 20, CP 10 30)

  Coverage is no longer precluded for loss or damage to gutters and downspouts caused by the weight of ice, snow or sleet.

- PROPERTY IN TRANSIT (CP 10 30)

  Named perils coverage for personal property in transit, in or on a motor vehicle owned, leased or operated by the insured, is increased to $5,000.

- TIME ELEMENT PERIOD OF INDEMNITY CANCELLATION OF CONTRACT (CP 10 10, CP 10 20, CP 10 30)

  An exception (applicable to Business Income coverage forms) allows coverage for loss of business income related to suspension, lapse or cancellation of a license, lease or contract, if the suspension, lapse or cancellation was directly caused by a covered suspension of the insured's operations. The exception is revised to extend coverage to apply during an Extended Business Income period and any applicable optional extension.

## III. REDUCTION OF COVERAGE

- LOSSES INVOLVING FUNGUS, WET ROT, DRY ROT OR BACTERIA
  (CP 10 10, CP 10 20, CP 10 30, CP 00 70, CP 00 99)

  In the past, coverage for loss caused by fungus (including mold, wet rot and dry rot) was provided when the fungus resulted from a Covered Cause of Loss. Under property damage forms, the Limit of Insurance on the affected property was the maximum payable for the total of all damages (by the covered cause of loss and fungus) to the covered property. Under business interruption forms, the period of restoration, as defined in the forms, applied without exception to a suspension of operations involving fungus. Such coverage, for property damage and business interruption, still applies when fungus results from a fire or lightning loss.

  As revised, the policy provides limited coverage when fungus results from a Covered Cause of Loss other than fire or lightning (Forms CP 10 10, CP 10 20, CP 00 99) or a specified cause of loss other than fire or lightning (as defined in forms CP 10 30, CP 00 70). Property damage coverage is subject to a $15,000 annual aggregate limit per policy (unless such limitation is increased via endorsement CP 04 31). The $15,000 (or higher) limit, which does not increase the amount of insurance on the affected property, represents a reduction in coverage. Under business interruption coverage (provided that a particular policy includes such coverage), when a business interruption is attributable to fungus, the period of restoration is limited to 30 days (not necessarily consecutive days). When fungus prolongs a business interruption that is attributable to other damage, a delay of up to a total of 30 days is covered (regardless of when the delay occurs during the period of restoration). In each case, the 30-day period (or a longest period if endorsed via CP 04 31) represents a reduction in coverage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2002, 2000.



- EXCLUSION OF CONTINUOUS OR REPEATED SEEPAGE OR LEAKAGE OF WATER OR STEAM **(CP 10 10, CP 10 20, CP 10 30, CP 00 99)**

  This exclusion has been revised by adding reference to the presence or condensation of humidity, moisture or vapor. The exclusion addresses conditions which persist over a period of 14 or more days.

**ENDORSEMENTS**

**I. CLARIFICATION OR PROCEDURAL CHANGES**

| | |
|---|---|
| **17-19** | **SCHOOL EXTENSION ENDORSEMENT** |
| **17-83** | **SCHOOL EXTENSION PLUS ENDORSEMENT** |
| **17-174** | **SCHOOL EXTENSION ULTRA PLUS ENDORSEMENT** |
| **17-204** | **SUPPLEMENT TO SCHOOL EXTENSION ULTRA PLUS ENDORSEMENT** |
| **21-29** | **MOTEL / BED AND BREAKFAST – NONBUSINESS PERSONAL PROPERTY** |
| **21-30** | **BUSINESS INCOME COVERAGE – ACTUAL LOSS SUSTAINED** |
| **21-32** | **RELIGIOUS ORGANIZATION PROPERTY EXTENSION ENDORSEMENT** |
| **21-33** | **GOLF COURSE ENHANCEMENT ENDORSEMENT** |
| **21-34** | **SUPERMARKET PROPERTY EXTENSION ENDORSEMENT** |
| **21-41** | **PENNSYLVANIA CHANGES** |
| **21-42** | **ULTRA PLUS PROPERTY** |
| **42-62** | **PROPERTY EXTENSION ENDORSEMENT** |

These proprietary endorsements are revised to track with the ISO form changes. Reference to coverage provisions now provided as part of the ISO form(s) have been deleted.

- **CP 13 60** REPORT OF VALUES

  The instructions contained in CP 13 60 are revised to refer to **this report** instead of **this endorsement.**

- **CP 04 15** ENDORSEMENT: DEBRIS REMOVAL ADDITIONAL INSURANCE

  In the underlying coverage forms, the language concerning debris removal is deleted from the Limits of Insurance clause and incorporated into the Debris Removal Additional Coverage. This change in format necessitates editorial changes to optional endorsement CP 04 15, which allows an increase in the amount of debris removal coverage.

- **CP 12 11** BURGLARY AND ROBBERY PROTECTIVE SAFEGUARDS

  The endorsement is revised to eliminate information pertaining to an obsolete Underwriters Laboratories classification system. Further, the endorsement no longer refers to Underwriters Laboratories certification since there are many organizations that evaluate alarm systems.

- **CP 11 20** BUILDERS RISK – COLLAPSE DURING CONSTRUCTION

  Paragraph references are revised due to Format changes in the Causes of Loss forms.

- **CP 01 53** COLLAPSE CHANGES (WITHDRAWN)

  This endorsement corrects paragraph references in the 1995 edition of CP 00 20 and CP 00 70. It is not applicable to the new edition of the forms.

- **CP 10 37** RADIOACTIVE CONTAMINATION

  The word "or" in paragraphs A.1. and B.1. of the endorsement is replaced by the word "including", thereby appropriately connecting the sub-paragraph on "resultant" damage to the description which precedes it.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2002, 2000.

- **CP 15 24** MINING PROPERTIES – BUSINESS INCOME

  A Schedule and accompanying footnote are added to the endorsement. The Schedule enables selection of the appropriate coverage option provided by the endorsement: No Underground Coverage, Limited Underground Coverage or Broad Underground Coverage.

- **CP 15 08** BUSINESS INCOME FROM DEPENDENT PROPERTIES – BROAD FORM
  **CP 15 09** BUSINESS INCOME FROM DEPENDENT PROPERTIES – LIMITED FORM
  **CP 15 31** ORDINANCE OR LAW – INCREASED PERIOD OF RESTORATION
  **CP 15 34** EXTRA EXPENSE FROM DEPENDENT PROPERTIES

  To recognize that the term <u>suspension</u> is now a defined term, these endorsements are revised to add quotation marks to the word suspension (in the phrase suspension of operations).

- **CP 04 05** ORDINANCE OR LAW COVERAGE ENDORSEMENT
- **CP 15 31** ORDINANCE OR LAW INCREASED PERIOD OF RESTORATION ENDORSEMENT

  These endorsements contain an exclusionary provision relating to pollution. In the revised endorsements, text has been added to make it explicit that such exclusion affects all aspects of the Ordinance Or Law coverage.

- **CP 15 45** UTILITY SERVICES – TIME ELEMENT

  The revised endorsement includes a paragraph explaining the function of the Schedule entry for a Limit of Insurance. The title of that Schedule entry is revised to make it more explicit.

- **CP 15 08** BUSINESS INCOME FROM DEPENDENT PROPERTIES – BROAD FORM
- **CP 15 09** BUSINESS INCOME FROM DEPENDENT PROPERTIES – LIMITED FORM
- **CP 15 34** EXTRA EXPENSE FROM DEPENDENT PROPERTIES

  Under these endorsements, contributing locations (a property that delivers materials or services to the insured) do <u>not</u> include suppliers of water, communication service or power. In the revised endorsements, there is explicit mention that services relating to Internet access (or access to any electronic network) fall under communication supply services.

- **CP 11 05** BUILDERS RISK REPORTING FORM
- **CP 13 10** VALUE REPORTING FORM

  New language has been added to the Premium Adjustment section of these forms, stating that the due date for any additional premium is the date shown on the bill as the due date.

## II. BROADENING OF COVERAGE

- **CP 10 65 and 21-66** FLOOD COVERAGE ENDORSEMENT AND SCHEDULE

  An optional endorsement is introduced to provide flood coverage. Contact your agent for additional information.

- **CP 04 60** VACANCY CHANGES

  This new, optional endorsement enables modification of the threshold for determining vacancy of a premises.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2002, 2000.

000053

09/01/2006      8156716          NECLWMMP609      **INSURED COPY**      PGDM060D J22363        GCAFPPN    00000713  Page    38

 

**CP 17 98** CONDOMINIUM COMMERCIAL UNIT OWNERS CHANGES – STANDARD PROPERTY POLICY

The Newly Acquired Property Coverage Extension in endorsement CP 17 98 is being revised to:
- revise the provision which currently limits coverage at each building to the lesser of 10% of the Business Personal Property Limit or $100,000. Instead, coverage will be provided up to $100,000 at each building;
- specify that the business personal property at the newly acquired location may be insured property that has been relocated to that location, or newly acquired business personal property (e.g., acquisition of another firm's inventory); and
- add coverage for newly acquired business personal property at the described premises.

CAUTION: This Coverage Extension does not apply to personal property of others that is temporarily in the insured's possession in the course of installing or performing work on such property or in the course of manufacturing or wholesaling activities.

- **CP 04 01** BRANDS AND LABELS

Under the terms of this optional endorsement, the insured may stamp "salvage" on merchandise that is being taken by the insurer, or remove the brands or labels, subject to certain conditions. CP 04 01 is revised to include coverage for costs incurred by the insured in performing the aforementioned activity. This coverage does not increase the applicable Limit of Insurance.

- **CP 15 32** ENDORSEMENT: CIVIL AUTHORITY (TIME ELEMENT)

This new, optional endorsement pertains to Business Income and Extra Expense coverage. The endorsement provides the option of replacing the three-week Civil Authority coverage period with a coverage period of 60, 90 or 180 days.

- **CP 15 25** BUSINESS INCOME – EDUCATIONAL INSTITUTIONS

An Extension of Recovery Period Option is added to CP 15 25, triggered via the Schedule. This option covers loss of business income sustained during "X" months following physical restoration of the property. This option is presented in Endorsement CP 15 25 as an alternative to the endorsement's more limited Extended Business Income coverage.

In addition:
- The Schedule is expanded to accommodate entry of a description of each school term in an annual period, to clarify intended coverage; and
- The term suspension, now a defined term when used in the phrase suspension of operations, is enclosed in quotation marks.

- **CP 04 30** ELECTRONIC COMMERCE (E-COMMERCE)

This new, optional endorsement addresses certain exposures related to use of the Internet in conducting business. Coverage, as described and limited in the endorsement, applies to restoration of electronic data and loss of income arising out of interruption of e-commerce activities.

- **CP 04 32** BUSINESS PERSONAL PROPERTY – LIMITED INTERNATIONAL COVERAGE

This new, optional endorsement provides property damage coverage on business personal property during a business trip to a foreign territory.

 

- **CP 04 33** PROPERTY IN PROCESS OF MANUFACTURE BY OTHERS – LIMITED INTERNATIONAL COVERAGE

  This new, optional endorsement extends property damage coverage on business personal property to raw materials and goods while in the process of manufacture in a foreign territory (outsourcing).

- **CP 15 01** BUSINESS INCOME FROM DEPENDENT PROPERTIES – LIMITED INTERNATIONAL COVERAGE
- **CP 15 02** EXTRA EXPENSE FROM DEPENDENT PROPERTIES – LIMITED INTERNATIONAL COVERAGE

  Under these new, optional endorsements, the dependent properties are contributing or manufacturing locations in a foreign territory. Each location must be identified.

## III. REDUCTION OF COVERAGE

- **21-18** – PROPERTY EXTENSION PLUS ENDORSEMENT

  This endorsement is revised to include wording stating that even if there is more than one flood occurrence in a 12-month period, the most we will pay for the total of all direct physical loss or damage sustained during that period of time and caused by flood is $25,000.

- **CP 14 30** OUTDOOR TREES, SHRUBS AND PLANTS
  **CP 14 40** – OUTSIDE SIGNS
  **CP 14 50** – RADIO OR TELEVISION ANTENNAS

  These endorsements are revised to emphasize that applicable policy provisions affect coverage provided under the endorsements. Particularly relevant exclusions from the underlying forms are incorporated into the endorsements.

- **CP 04 05** ORDINANCE OR LAW COVERAGE ENDORSEMENT
- **CP 15 31** ORDINANCE OR LAW – INCREASED PERIOD OF RESTORATION ENDORSEMENT

  These endorsements are revised to specify that ordinance or law coverage does not respond to losses related to enforcement of ordinances or laws which require, for example, demolition or repair of property due to fungus, wet rot, dry rot or bacteria, or the assessment or clean up of fungus, wet rot, dry rot or bacteria.

- **CP 15 08** BUSINESS INCOME FROM DEPENDENT PROPERTIES – BROAD FORM
- **CP 15 09** BUSINESS INCOME FROM DEPENDENT PROPERTIES – LIMITED FORM
- **CP 15 34** EXTRA EXPENSE FROM DEPENDENT PROPERTIES

  As revised, coverage under these endorsements does not apply when the only damage at the premises of the dependent property is damage to electronic data. If the dependent property suffers damage to electronic data and other property, resulting in a suspension of operations at the insured's premises, coverage under these endorsements will not continue after such other property is repaired or replaced.

- **CP 04 17** UTILITY SERVICES – DIRECT DAMAGE

  Loss or damage to electronic data, caused by an interruption in utility service, is not covered.

- **CP 15 45** UTILITY SERVICES – TIME ELEMENT

  Coverage under this endorsement does not apply to business income loss or extra expense related to an interruption in utility service which causes loss or damage to electronic data.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

© Insurance Services Office, Inc., 2002, 2000.

U00055

 

## IV.  CHANGE IN COVERAGE

- **CP 04 05  ORDINANCE OR LAW COVERAGE**
  **CP 04 38  FUNCTIONAL BUILDING VALUATION ENDORSEMENTS**

  Under these endorsements, Ordinance or Law coverage is related to property damage losses. Property damage may involve both covered causes of loss and excluded causes of loss. As revised, these endorsements include a section outlining the circumstances under which Ordinance or Law coverage is and is not triggered. Further, the revised endorsements describe proportionate loss payment for Ordinance or Law losses for the situation where the underlying property damage losses were caused by covered and excluded causes of loss.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

© Insurance Services Office, Inc., 2002, 2000

09/01/2006    8156716    NECLWMMP609    INSURED COPY    PGDM060D J22363    GCAFPPN    00000716  Page    41

 

# NOTICE TO POLICYHOLDERS – RESTRICTIONS OF TERRORISM COVERAGE

| | |
|---|---|
| Commercial Property | COMMERCIAL PROTECTOR ® |
| Commercial Crime | CUSTOM COMMERCIAL PROTECTOR ® |
| Commercial Inland Marine | Farm Coverage Parts |
| Commercial Boiler & Machinery | |

This Notice explains changes in coverage for losses caused by terrorism. It contains a brief synopsis of significant exclusionary provisions and limitations and must be reviewed in conjunction with your renewal policy(s) and your prior policy(s) to reference endorsements described herein. The changes that apply to your specific policy will appear immediately after the listing of the Terrorism endorsement(s) that is (are) attached to your renewal policy(s) and the listing of the Terrorism endorsement(s), if any, that appeared on your prior policy(s). If you have any questions, please contact your agent.

This Notice does **not** form a part of your insurance contract. The Notice is designed to alert you to coverage restrictions and to other provisions in the terrorism endorsement in this policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply. Carefully read your renewal and prior policies, including the endorsements attached to your renewal and prior policies.

- **If your renewal policy contains one or more of the following:**

  - **IL 09 54 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism; Coverage for Certain Fire Losses** *(modifies the Commercial Inland Marine, Commercial Property and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR and Standard Property Policy)*
  - **IL 09 59 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism** *(modifies the Boiler And Machinery, Commercial Crime, Commercial Inland Marine, Commercial Property, and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR and Standard Property Policy)*
  - **IL 09 64 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism** *(modifies the Boiler And Machinery and Commercial Crime Coverage Parts)*
  - **IL 09 69 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism; Coverage for Certain Fire Losses** *(modifies the Commercial Property and Farm Coverage Parts and Standard Property Policy)*
  - **IL 09 74 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism** *(modifies the Boiler And Machinery, Commercial Crime, Commercial Inland Marine Coverage Parts and CUSTOM COMMERCIAL PROTECTOR)*
  - **FP 10 84 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism** *(modifies the Mobile Agricultural Machinery and Equipment Coverage Form and Livestock Coverage Form)*
  - **44-178 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism** *(modifies the COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR Property Coverage Forms)*
  - **44-182 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism; Coverage For Certain Fire Losses** *(modifies the COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR Property Coverage Forms)*

- **and your previous policy contained one or more of the following:**

  - **IL 09 40 01 02 – Exclusion of Terrorism (With Limited Exception) And Exclusion of War And Military Action** *(modifies CUSTOM COMMERCIAL PROTECTOR, Commercial Inland Marine, Commercial Property and Farm Coverage Parts and Standard Property Policy)*
  - **IL 09 41 01 02 – Exclusion of War, Military Action And Terrorism** *(modifies CUSTOM COMMERCIAL PROTECTOR, Boiler And Machinery, Crime, Commercial Inland Marine, Commercial Property and Farm Coverage Parts and Standard Property Policy)*
  - **IL 09 42 01 02 – Exclusion of War, Military Action And Terrorism** *(modifies Boiler And Machinery and Commercial Crime Coverage Parts)*

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2003.

09/01/2006          8156716          NECLWMMP609          INSURED COPY          PGDM060D J22363          GCAFPPN     00000718   Page     43

 

Your previous policy issued by us contained an endorsement restricting coverage for terrorism. Your renewal policy contains a different endorsement restricting coverage for terrorism. Under the previous endorsement, losses from terrorism were excluded: (1) if aggregate losses from the event of terrorism exceeded $25 million; or (2) if the event qualified as a nuclear event; or (3) if the event qualified under certain circumstances as a biological or chemical event.

The terrorism endorsement in this renewal policy makes a distinction between "certified acts of terrorism" and "other acts of terrorism". There is coverage for "certified acts of terrorism" (which is more fully defined in the endorsement, but involves acts of terrorism by or on behalf of a foreign interest). The term's definition is based on the federal Terrorism Risk Insurance Act of 2002, under which the federal government determines when a "certified act of terrorism" has occurred. The government may participate in paying for some of the losses from such an event. This coverage is subject to a limit on our liability pursuant to the federal law and is subject to all policy exclusions (for example, nuclear hazard and war exclusions) and other policy provisions. The endorsement excludes coverage for "other acts of terrorism" (terrorist acts other than certified acts) but such exclusion applies only if aggregate losses from the event exceed $25 million, or if the event involves biological or chemical materials under certain circumstances.

Refer to the terrorism endorsement for definitions of "certified acts of terrorism" and "other acts of terrorism", and to the endorsement and to the provisions of the insurance contract that govern coverage for, or the exclusion of coverage for, losses arising from terrorism.

**Applicable to endorsement IL 09 54:** This terrorism exclusion does not restrict fire coverage under Commercial Property, Commercial Inland Marine and Farm insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

**Applicable to endorsement IL 09 69:** This terrorism exclusion does not restrict fire coverage under Commercial Property and Farm insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

**Applicable to endorsement 44-182:** This terrorism exclusion does not restrict fire coverage under COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

- **If your renewal policy contains one or more of the following:**

  – IL 09 56 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism; Coverage for Certain Fire Losses *(modifies the Commercial Inland Marine, Commercial Property and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR and Standard Property Policy)*
  – IL 09 61 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism *(modifies the Boiler And Machinery, Commercial Crime, Commercial Inland Marine, Commercial Property, and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR and Standard Property Policy)*
  – IL 09 66 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism *(modifies the Boiler And Machinery and Commercial Crime Coverage Parts)*
  – IL 09 71 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism; Coverage for Certain Fire Losses *(modifies the Commercial Property and Farm Coverage Parts and Standard Property Policy)*
  – IL 09 76 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism *(modifies the Boiler And Machinery, Commercial Crime, CUSTOM COMMERCIAL PROTECTOR and Commercial Inland Marine Coverage Parts)*
  – IL 09 88 04 03 – Virginia Exclusion of Certified Acts and Other Acts of Terrorism; Coverage for Certain Fire Losses Resulting from Other Acts of Terrorism *(modifies the Commercial Property and Farm Coverage Parts and Standard Property Policy)*
  – FP 10 86 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism *(modifies the Mobile Agricultural Machinery and Equipment Coverage Form and Livestock Coverage Form)*
  – 44-180 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism *(modifies the COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR Property Coverage Forms)*
  – 44-184 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism; Coverage For Certain Fire Losses *(modifies the COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR Property Coverage Forms)*

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2003.

000058

INSURED COPY

09/01/2006      8 156716        NECLWMMP609                      PGDM060D J22363        GCAFPPN    00000719  Page    44

 

**and your previous policy contained one or more of the following:**

- IL 09 40 01 02 – Exclusion of Terrorism (With Limited Exception) And Exclusion of War And Military Action *(modifies CUSTOM COMMERCIAL PROTECTOR, Commercial Inland Marine, Commercial Property and Farm Coverage Parts; and Standard Property Policy)*
- IL 09 41 01 02 – Exclusion of War, Military Action And Terrorism *(modifies CUSTOM COMMERCIAL PROTECTOR, Boiler And Machinery, Crime, Commercial Inland Marine, Commercial Property and Farm Coverage Parts and Standard Property Policy)*
- IL 09 42 01 02 – Exclusion of War, Military Action And Terrorism *(modifies Boiler And Machinery and Commercial Crime Coverage Parts)*

Your previous policy issued by us contained an endorsement restricting coverage for terrorism, your renewal policy contains a different endorsement restricting coverage for terrorism. Under the previous endorsement, losses from terrorism were excluded: (1) if aggregate losses from the event of terrorism exceeded $25 million; or (2) if the event qualified as a nuclear event; or (3) if the event qualified under certain circumstances as a biological or chemical event.

The terrorism endorsement in this renewal policy makes a distinction between "certified acts of terrorism" (which is more fully defined in the endorsement, but involves acts of terrorism that are committed by or on behalf of a foreign interest and generate aggregate losses in excess of $5 million) and "other acts of terrorism". Both types of terrorism are excluded from coverage but the exclusions are subject to different terms and conditions. "Certified acts of terrorism" are excluded because you rejected that coverage, which was made available pursuant to the federal Terrorism Risk Insurance Act of 2002. The endorsement in this renewal policy also excludes coverage for "other acts of terrorism" (terrorist acts other than certified acts) but such exclusion applies only if aggregate losses from the event exceed $25 million, or if the event involves a circumstance excluded by a policy exclusion (such as nuclear hazard) or involves biological or chemical materials under certain circumstances.

Refer to the terrorism endorsement for definitions of "certified acts of terrorism" and "other acts of terrorism", and to the endorsement and to the provisions of the insurance contract that govern coverage for, or the exclusion of coverage for, losses arising from terrorism.

**Applicable to endorsement IL 09 56:** The terrorism exclusion does not restrict fire coverage under Commercial Property, Commercial Inland Marine and Farm insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

**Applicable to endorsement IL 09 71:** The terrorism exclusion does not restrict fire coverage under Commercial Property and Farm insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

**Applicable to endorsement IL 09 88:** This terrorism exclusion **restricts** fire coverage under Commercial Property and Farm insurance to fire following an "other act of terrorism" due to a statutory requirement in this state. Therefore, there is no coverage for fire following a "certified act of terrorism," but there is coverage for certain fire losses following an "other act of terrorism."

**Applicable to endorsement 44-184:** The terrorism exclusion does not restrict fire coverage under COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR insurance due to a statutory requirement in this state.

Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

- **If your renewal policy contains one or more of the following:**

  - IL 09 54 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism; Coverage for Certain Fire Losses *(modifies the Commercial Inland Marine, Commercial Property and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR, and Standard Property Policy)*

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2003.

ST-ML-514 (07/03)                                                    000059

 

– IL 09 59 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism *(modifies the Boiler And Machinery, Commercial Crime, Commercial Inland Marine, Commercial Property, Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR and Standard Property Policy)*

– IL 09 64 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism *(modifies the Boiler And Machinery and Commercial Crime Coverage Parts)*

– IL 09 69 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism; Coverage for Certain Fire Losses *(modifies the Commercial Property, Farm Coverage Parts and Standard Property Policy)*

– IL 09 74 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism *(modifies the Boiler And Machinery, Commercial Crime, Commercial Inland Marine Coverage Parts, and CUSTOM COMMERCIAL PROTECTOR)*

– FP 10 84 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism *(modifies the Mobile Agricultural Machinery and Equipment Coverage Form and Livestock Coverage Form)*

– 44-178 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism *(modifies the COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR Property Coverage Forms)*

– 44-182 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism; Coverage For Certain Fire Losses *(modifies the COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR Property Coverage Forms)*

• **and your previous policy contained the following:**

– IL 09 52 11 02 – Cap on Losses From Certified Acts of Terrorism *(modifies Boiler And Machinery, Commercial Crime, Commercial Inland Marine, Commercial Property, and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR, Standard Property Policy)*

Your previous policy issued by us did not contain a terrorism exclusion. However, that policy contained an endorsement under which coverage for "certified acts of terrorism" (which is more fully defined in the endorsement but involves acts of terrorism by or on behalf of a foreign interest) was subject to a limit on our liability pursuant to the federal Terrorism Risk Insurance Act of 2002.

The terrorism endorsement in this renewal policy makes a distinction between "certified acts of terrorism" and "other acts of terrorism". There is coverage for "certified acts of terrorism" (which is more fully defined in the endorsement, but involves acts of terrorism by or on behalf of a foreign interest). The term's definition is based on the federal Terrorism Risk Insurance Act of 2002, under which the federal government determines when a "certified act of terrorism" has occurred. The government may participate in paying for some of the losses from such an event. This coverage is subject to a limit on our liability pursuant to the federal law and is subject to all policy exclusions (for example, nuclear hazard and war exclusions) and other policy provisions. The endorsement excludes coverage for "other acts of terrorism" (terrorist acts other than certified acts) but such exclusion applies only if aggregate losses from the event exceed $25 million, or if the event involves biological or chemical materials under certain circumstances.

Refer to the terrorism endorsement for definitions of "certified acts of terrorism" and "other acts of terrorism", and to the endorsement and to the provisions of the insurance contract that govern coverage for, or the exclusion of coverage for, losses arising from terrorism.

**Applicable to endorsement IL 09 54:** This terrorism exclusion does not restrict fire coverage under Commercial Property, Commercial Inland Marine and Farm insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

**Applicable to endorsement IL 09 69:** This terrorism exclusion does not restrict fire coverage under Commercial Property and Farm insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2003.

 

**Applicable to endorsement 44-182:** This terrorism exclusion does not restrict fire coverage under COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

- **If your renewal policy contains one or more of the following:**

  – IL 09 56 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism; Coverage for Certain Fire Losses *(modifies the Commercial Inland Marine, Commercial Property and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR and Standard Property Policy)*

  – IL 09 61 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism *(modifies the Boiler And Machinery, Commercial Crime, Commercial Inland Marine, Commercial Property, and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR, and Standard Property Policy)*

  – IL 09 66 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism *(modifies the Boiler And Machinery and Commercial Crime Coverage Parts)*

  – IL 09 71 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism; Coverage for Certain Fire Losses *(modifies the Commercial Property and Farm Coverage Parts; Standard Property Policy)*

  – IL 09 76 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism *(modifies the Boiler And Machinery, Commercial Crime, CUSTOM COMMERCIAL PROTECTOR, and Commercial Inland Marine Coverage Parts)*

  – IL 09 88 04 03 – Virginia Exclusion of Certified Acts and Other Acts of Terrorism; Coverage for Certain Fire Losses Resulting from Other Acts of Terrorism *(modifies the Commercial Property and Farm Coverage Parts and Standard Property Policy)*

  – FP 10 86 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism *(modifies the Mobile Agricultural Machinery and Equipment Coverage Form and Livestock Coverage Form)*

  – 44-180 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism *(modifies the COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR Property Coverage Forms)*

  – 44-184 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism; Coverage For Certain Fire Losses *(modifies the COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR Property Coverage Forms)*

- **and your previous policy contained the following:**

  – IL 09 52 11 02 – Cap on Losses From Certified Acts of Terrorism *(modifies Boiler And Machinery, Commercial Crime, Commercial Inland Marine, Commercial Property, and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR, Standard Property Policy)*

Your previous policy issued by us did not contain a terrorism exclusion. However, that policy contained an endorsement under which coverage for "certified acts of terrorism" (which is more fully defined in the endorsement but involves acts of terrorism by or on behalf of a foreign interest) was subject to a limit on our liability pursuant to the federal Terrorism Risk Insurance Act of 2002.

The terrorism endorsement in this renewal policy makes a distinction between "certified acts of terrorism" (which is more fully defined in the endorsement, but involves acts of terrorism that are committed by or on behalf of a foreign interest and generate aggregate losses in excess of $5 million) and "other acts of terrorism". Both types of terrorism are excluded from coverage but the exclusions are subject to different terms and conditions. "Certified acts of terrorism" are excluded because you rejected that coverage, which was made available pursuant to the federal Terrorism Risk Insurance Act of 2002. The endorsement in this renewal policy also excludes coverage for "other acts of terrorism" (terrorist acts other than certified acts) but such exclusion applies only if aggregate losses from the event exceed $25 million, or if the event involves a circumstance excluded by a policy exclusion (such as nuclear hazard) or involves biological or chemical materials under certain circumstances.

Refer to the terrorism endorsement for definitions of "certified acts of terrorism" and "other acts of terrorism", and to the endorsement and to the provisions of the insurance contract that govern coverage for, or the exclusion of coverage for, losses arising from terrorism.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2003.

 

**Applicable to endorsement IL 09 56:** The terrorism exclusion does not restrict fire coverage under Commercial Property, Commercial Inland Marine and Farm insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

**Applicable to endorsement IL 09 71:** The terrorism exclusion does not restrict fire coverage under Commercial Property and Farm insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

**Applicable to endorsement IL 09 88:** This terrorism exclusion restricts fire coverage under Commercial Property and Farm insurance to fire following an "other act of terrorism" due to a statutory requirement in this state. Therefore, there is no coverage for fire following a "certified act of terrorism," but there is coverage for certain fire losses following an "other act of terrorism."

**Applicable to endorsement 44-184:** The terrorism exclusion does not restrict fire coverage under COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

- **If your renewal policy contains one or more of the following:**

  - IL 09 54 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism; Coverage for Certain Fire Losses *(modifies the Commercial Inland Marine, Commercial Property and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR, and Standard Property Policy)*
  - IL 09 59 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism *(modifies the Boiler And Machinery, Commercial Crime, Commercial Inland Marine, Commercial Property, and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR, Standard Property Policy)*
  - IL 09 64 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism *(modifies the Boiler And Machinery and Commercial Crime Coverage Parts)*
  - IL 09 69 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism; Coverage for Certain Fire Losses *(modifies the Commercial Property and Farm Coverage Parts, Standard Property Policy)*
  - IL 09 74 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism *(modifies the Boiler And Machinery, Commercial Crime, Commercial Inland Marine Coverage Parts, and CUSTOM COMMERCIAL PROTECTOR)*
  - FP 10 84 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism *(modifies the Mobile Agricultural Machinery and Equipment Coverage Form and Livestock Coverage Form)*
  - 44-178 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism *(modifies the COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR Property Coverage Forms)*
  - 44-182 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism; Coverage For Certain Fire Losses *(modifies the COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR Property Coverage Forms)*

- **and your previous policy contained one or more of the following:**

  - IL 09 53 11 02 Exclusion Of Certified Acts Of Terrorism; Coverage For Certain Fire Losses *(modifies Commercial Property, Commercial Inland Marine and Farm Property)*
  - IL 09 58 11 02 Exclusion Of Certified Acts Of Terrorism *(modifies Boiler And Machinery, Commercial Crime, Commercial Inland Marine, Commercial Property, and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR, Standard Property Policy)*
  - IL 09 63 11 02 Exclusion Of Certified Acts Of Terrorism *(modifies Boiler & Machinery and Crime)*
  - IL 09 68 11 02 Exclusion Of Certified Acts Of Terrorism; Coverage For Certain Fire Losses *(modifies Commercial Property and Farm Property)*
  - IL 09 73 11 02 Exclusion Of Certified Acts Of Terrorism *(modifies Boiler & Machinery, Commercial Inland Marine and Crime)*

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2003.

 

Your previous policy issued by us contained an endorsement excluding coverage for "certified acts of terrorism", which is more fully defined in the endorsement but involves acts of terrorism by or on behalf of a foreign interest. The exclusion was placed on your policy because you had rejected such coverage, which was made available pursuant to the federal Terrorism Risk Insurance Act of 2002.

The terrorism endorsement in this renewal policy makes a distinction between "certified acts of terrorism" and "other acts of terrorism". There is coverage for "certified acts of terrorism" (which is more fully defined in the endorsement, but involves acts of terrorism by or on behalf of a foreign interest). The term's definition is based on the federal Terrorism Risk Insurance Act of 2002, under which the federal government determines when a "certified act of terrorism" has occurred. The government may participate in paying for some of the losses from such an event. This coverage is subject to a limit on our liability pursuant to the federal law and is subject to all policy exclusions (for example, nuclear hazard and war exclusions) and other policy provisions. The endorsement excludes coverage for "other acts of terrorism" (terrorist acts other than certified acts) but such exclusion applies only if aggregate losses from the event exceed $25 million, or if the event involves biological or chemical materials under certain circumstances.

Refer to the terrorism endorsement for definitions of "certified acts of terrorism" and "other acts of terrorism", and to the endorsement and to the provisions of the insurance contract that govern coverage for, or the exclusion of coverage for, losses arising from terrorism.

**Applicable to endorsement IL 09 54:** This terrorism exclusion does not restrict fire coverage under Commercial Property, Commercial Inland Marine and Farm insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

**Applicable to endorsement IL 09 69:** This terrorism exclusion does not restrict fire coverage under Commercial Property and Farm insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

**Applicable to endorsement 44-182:** This terrorism exclusion does not restrict fire coverage under COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

- If your renewal policy contains one or more of the following:

    - IL 09 56 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism; Coverage for Certain Fire Losses *(modifies the Commercial Inland Marine, Commercial Property and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR and Standard Property Policy)*
    - IL 09 61 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism *(modifies the Boiler And Machinery, Commercial Crime, Commercial Inland Marine, Commercial Property, and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR, and Standard Property Policy)*
    - IL 09 66 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism *(modifies the Boiler And Machinery and Commercial Crime Coverage Parts)*
    - IL 09 71 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism; Coverage for Certain Fire Losses *(modifies the Commercial Property and Farm Coverage Parts; Standard Property Policy)*
    - IL 09 76 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism *(modifies the Boiler And Machinery, Commercial Crime, CUSTOM COMMERCIAL PROTECTOR, and Commercial Inland Marine Coverage Parts)*
    - IL 09 88 04 03 – Virginia Exclusion of Certified Acts and Other Acts of Terrorism; Coverage for Certain Fire Losses Resulting from Other Acts of Terrorism *(modifies the Commercial Property and Farm Coverage Parts and Standard Property Policy)*
    - FP 10 86 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism *(modifies the Mobile Agricultural Machinery and Equipment Coverage Form and Livestock Coverage Form)*
    - 44-180 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism *(modifies the COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR Property Coverage Forms)*
    - 44-184 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism; Coverage For Certain Fire Losses *(modifies the COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR Property Coverage Forms)*

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2003.

INSURED COPY

09/01/2006        8 156716          NECLWMMP609                    PGDM060D J22363        GCAFPPN    00000724   Page    49

 

**and your previous policy contained one or more of the following:**

- IL 09 53 11 02 Exclusion Of Certified Acts Of Terrorism; Coverage For Certain Fire Losses *(modifies Commercial Property, Commercial Inland Marine and Farm Property)*
- IL 09 58 11 02 Exclusion Of Certified Acts Of Terrorism *(modifies Boiler And Machinery, Commercial Crime, Commercial Inland Marine, Commercial Property, and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR, Standard Property Policy)*
- IL 09 63 11 02 Exclusion Of Certified Acts Of Terrorism *(modifies Boiler & Machinery and Crime)*
- IL 09 68 11 02 Exclusion Of Certified Acts Of Terrorism; Coverage For Certain Fire Losses *(modifies Commercial Property and Farm Property)*
- IL 09 73 11 02 Exclusion Of Certified Acts Of Terrorism *(modifies Boiler & Machinery, Commercial Inland Marine and Crime]*

Your previous policy issued by us contained an endorsement excluding coverage for "certified acts of terrorism", which is more fully defined in the endorsement but involves acts of terrorism by or on behalf of a foreign interest. The exclusion was placed on your policy because you had rejected such coverage, which was made available pursuant to the federal Terrorism Risk Insurance Act of 2002.

The terrorism endorsement in this renewal policy makes a distinction between "certified acts of terrorism" (which is more fully defined in the endorsement, but involves acts of terrorism that are committed by or on behalf of a foreign interest and generate aggregate losses in excess of $5 million) and "other acts of terrorism". Both types of terrorism are excluded from coverage but the exclusions are subject to different terms and conditions. "Certified acts of terrorism" are excluded because you rejected that coverage, which was made available pursuant to the federal Terrorism Risk Insurance Act of 2002. The endorsement in this renewal policy also excludes coverage for "other acts of terrorism" (terrorist acts other than certified acts) but such exclusion applies only if aggregate losses from the event exceed $25 million, or if the event involves a circumstance excluded by a policy exclusion (such as nuclear hazard) or involves biological or chemical materials under certain circumstances.

Refer to the terrorism endorsement for definitions of "certified acts of terrorism" and "other acts of terrorism", and to the endorsement and to the provisions of the insurance contract that govern coverage for, or the exclusion of coverage for, losses arising from terrorism.

**Applicable to endorsement IL 09 56:** The terrorism exclusion does not restrict fire coverage under Commercial Property, Commercial Inland Marine and Farm insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

**Applicable to endorsement IL 09 71:** The terrorism exclusion does not restrict fire coverage under Commercial Property and Farm insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

**Applicable to endorsement IL 09 88:** This terrorism exclusion **restricts** fire coverage under Commercial Property and Farm insurance to fire following an "other act of terrorism" due to a statutory requirement in this state. Therefore, there is no coverage for fire following a "certified act of terrorism," but there is coverage for certain fire losses following an "other act of terrorism."

**Applicable to endorsement 44-184:** The terrorism exclusion does not restrict fire coverage under COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

- **If your renewal policy contains one or more of the following:**

  - IL 09 54 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism; Coverage for Certain Fire Losses *(modifies the Commercial Inland Marine, Commercial Property and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR, and Standard Property Policy)*

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2003.

INSURED COPY

09/01/2006     8156716          NECLWMMP609          PGDM060D J22363     GCAFPPN   00000725  Page     50

 

- IL 09 59 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism *(modifies the Boiler And Machinery, Commercial Crime, Commercial Inland Marine, Commercial Property, and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR, Standard Property Policy)*
- IL 09 64 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism *(modifies the Boiler And Machinery and Commercial Crime Coverage Parts)*
- IL 09 69 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism; Coverage for Certain Fire Losses *(modifies the Commercial Property and Farm Coverage Parts, Standard Property Policy)*
- IL 09 74 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism *(modifies the Boiler And Machinery, Commercial Crime, Commercial Inland Marine Coverage Parts, and CUSTOM COMMERCIAL PROTECTOR)*
- FP 10 84 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism *(modifies the Mobile Agricultural Machinery and Equipment Coverage Form and Livestock Coverage Form)*
- 44-178 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism *(modifies the COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR Property Coverage Forms)*
- 44-182 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism; Coverage For Certain Fire Losses *(modifies the COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR Property Coverage Forms)*

- <u>and your previous policy contained the following:</u>

    - IL 09 50 11 02 – Coverage for Certified Acts of Terrorism; Cap on Losses *(modifies Boiler And Machinery, Commercial Crime, Commercial Inland Marine, Commercial Property, and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR, Standard Property Policy)*

Your previous policy issued by us was endorsed to modify the terrorism exclusion so that it would not apply to coverage for "certified acts of terrorism" (which is more fully defined in the endorsement but involves acts of terrorism by or on behalf of a foreign interest), subject to a cap on our liability pursuant to the federal Terrorism Risk Insurance Act of 2002.

The terrorism endorsement in this renewal policy makes a distinction between "certified acts of terrorism" and "other acts of terrorism". There is coverage for "certified acts of terrorism" (which is more fully defined in the endorsement, but involves acts of terrorism by or on behalf of a foreign interest). The term's definition is based on the federal Terrorism Risk Insurance Act of 2002, under which the federal government determines when a "certified act of terrorism" has occurred. The government may participate in paying for some of the losses from such an event. This coverage is subject to a limit on our liability pursuant to the federal law and is subject to all policy exclusions (for example, nuclear hazard and war exclusions) and other policy provisions. The endorsement excludes coverage for "other acts of terrorism" (terrorist acts other than certified acts) but such exclusion applies only if aggregate losses from the event exceed $25 million, or if the event involves biological or chemical materials under certain circumstances.

Refer to the terrorism endorsement for definitions of "certified acts of terrorism" and "other acts of terrorism", and to the endorsement and to the provisions of the insurance contract that govern coverage for, or the exclusion of coverage for, losses arising from terrorism.

**Applicable to endorsement IL 09 54:** This terrorism exclusion does not restrict fire coverage under Commercial Property, Commercial Inland Marine and Farm insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

**Applicable to endorsement IL 09 69:** This terrorism exclusion does not restrict fire coverage under Commercial Property and Farm insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

**Applicable to endorsement 44-182:** This terrorism exclusion does not restrict fire coverage under COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2003

 

**If your renewal policy contains one or more of the following:**

- IL 09 56 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism; Coverage for Certain Fire Losses *(modifies the Commercial Inland Marine, Commercial Property and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR and Standard Property Policy)*
- IL 09 61 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism *(modifies the Boiler And Machinery, Commercial Crime, Commercial Inland Marine, Commercial Property, and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR, and Standard Property Policy)*
- IL 09 66 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism *(modifies the Boiler And Machinery and Commercial Crime Coverage Parts)*
- IL 09 71 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism; Coverage for Certain Fire Losses *(modifies the Commercial Property and Farm Coverage Parts; Standard Property Policy)*
- IL 09 76 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism *(modifies the Boiler And Machinery, Commercial Crime, CUSTOM COMMERCIAL PROTECTOR, and Commercial Inland Marine Coverage Parts)*
- IL 09 88 04 03 – Virginia Exclusion of Certified Acts and Other Acts of Terrorism; Coverage for Certain Fire Losses Resulting from Other Acts of Terrorism *(modifies the Commercial Property and Farm Coverage Parts and Standard Property Policy)*
- FP 10 86 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism *(modifies the Mobile Agricultural Machinery and Equipment Coverage Form and Livestock Coverage Form)*
- 44-180 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism *(modifies the COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR Property Coverage Forms)*
- 44-184 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism; Coverage For Certain Fire Losses *(modifies the COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR Property Coverage Forms)*

**and your previous policy contained the following:**

- IL 09 50 11 02 – Coverage for Certified Acts of Terrorism; Cap on Losses *(modifies Boiler And Machinery, Commercial Crime, Commercial Inland Marine, Commercial Property, and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR, Standard Property Policy)*

Your previous policy issued by us was endorsed to modify the terrorism exclusion so that it would not apply to coverage for "certified acts of terrorism" (which is more fully defined in the endorsement but involves acts of terrorism by or on behalf of a foreign interest), subject to a cap on our liability pursuant to the federal Terrorism Risk Insurance Act of 2002.

The terrorism endorsement in this renewal policy makes a distinction between "certified acts of terrorism" (which is more fully defined in the endorsement, but involves acts of terrorism that are committed by or on behalf of a foreign interest and generate aggregate losses in excess of $5 million) and "other acts of terrorism". Both types of terrorism are excluded from coverage but the exclusions are subject to different terms and conditions. "Certified acts of terrorism" are excluded because you rejected that coverage, which was made available pursuant to the federal Terrorism Risk Insurance Act of 2002. The endorsement in this renewal policy also excludes coverage for "other acts of terrorism" (terrorist acts other than certified acts) but such exclusion applies only if aggregate losses from the event exceed $25 million, or if the event involves a circumstance excluded by a policy exclusion (such as nuclear hazard) or involves biological or chemical materials under certain circumstances.

Refer to the terrorism endorsement for definitions of "certified acts of terrorism" and "other acts of terrorism", and to the endorsement and to the provisions of the insurance contract that govern coverage for, or the exclusion of coverage for, losses arising from terrorism.

**Applicable to endorsement IL 09 56:** The terrorism exclusion does not restrict fire coverage under Commercial Property, Commercial Inland Marine and Farm insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

**Applicable to endorsement IL 09 71:** The terrorism exclusion does not restrict fire coverage under Commercial Property and Farm insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2003.

 

**Applicable to endorsement IL 09 88:** This terrorism exclusion restricts fire coverage under Commercial Property and Farm insurance to fire following an "other act of terrorism" due to a statutory requirement in this state. Therefore, there is no coverage for fire following a "certified act of terrorism," but there is coverage for certain fire losses following an "other act of terrorism."

**Applicable to endorsement 44-184:** The terrorism exclusion does not restrict fire coverage under COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

- **If your renewal policy contains one or more of the following:**

  – **IL 09 54 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism; Coverage for Certain Fire Losses** *(modifies the Commercial Inland Marine, Commercial Property and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR, and Standard Property Policy)*
  – **IL 09 59 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism** *(modifies the Boiler And Machinery, Commercial Crime, Commercial Inland Marine, Commercial Property, and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR, Standard Property Policy)*
  – **IL 09 64 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism** *(modifies the Boiler And Machinery and Commercial Crime Coverage Parts)*
  – **IL 09 69 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism; Coverage for Certain Fire Losses** *(modifies the Commercial Property and Farm Coverage Parts, Standard Property Policy)*
  – **IL 09 74 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism** *(modifies the Boiler And Machinery, Commercial Crime, Commercial Inland Marine Coverage Parts, and CUSTOM COMMERCIAL PROTECTOR)*
  – **FP 10 84 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism** *(modifies the Mobile Agricultural Machinery and Equipment Coverage Form and Livestock Coverage Form)*
  – **44-178 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism** *(modifies the COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR Property Coverage Forms)*
  – **44-182 11 02 – Limited Exclusion of Acts of Terrorism (Other Than Certified Acts of Terrorism); Cap on Losses From Certified Acts of Terrorism; Coverage For Certain Fire Losses** *(modifies the COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR Property Coverage Forms)*

- **and your previous policy issued by us did NOT contain an endorsement restricting coverage for terrorism:**

The terrorism endorsement in this renewal policy makes a distinction between "certified acts of terrorism" and "other acts of terrorism". There is coverage for "certified acts of terrorism" (which is more fully defined in the endorsement, but involves acts of terrorism by or on behalf of a foreign interest). The term's definition is based on the federal Terrorism Risk Insurance Act of 2002, under which the federal government determines when a "certified act of terrorism" has occurred. The government may participate in paying for some of the losses from such an event. This coverage is subject to a limit on our liability pursuant to the federal law and is subject to all policy exclusions (for example, nuclear hazard and war exclusions) and other policy provisions. The endorsement excludes coverage for "other acts of terrorism" (terrorist acts other than certified acts) but such exclusion applies only if aggregate losses from the event exceed $25 million, or if the event involves biological or chemical materials under certain circumstances.

Refer to the terrorism endorsement for definitions of "certified acts of terrorism" and "other acts of terrorism", and to the endorsement and to the provisions of the insurance contract that govern coverage for, or the exclusion of coverage for, losses arising from terrorism.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2003.

INSURED COPY

09/01/2006    8156716    NECLWMMP609    PGDM060D J22363    GCAFPPN    00000728    Page    53

 

**Applicable to endorsement IL 09 54:** This terrorism exclusion does not restrict fire coverage under Commercial Property, Commercial Inland Marine and Farm insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

**Applicable to endorsement IL 09 69:** This terrorism exclusion does not restrict fire coverage under Commercial Property and Farm insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

**Applicable to endorsement 44-182:** This terrorism exclusion does not restrict fire coverage under COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

- **If your renewal policy contains one or more of the following:**

  – **IL 09 56 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism; Coverage for Certain Fire Losses** *(modifies the Commercial Inland Marine, Commercial Property and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR and Standard Property Policy)*
  – **IL 09 61 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism** *(modifies the Boiler And Machinery, Commercial Crime, Commercial Inland Marine, Commercial Property, and Farm Coverage Parts, CUSTOM COMMERCIAL PROTECTOR, and Standard Property Policy)*
  – **IL 09 66 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism** *(modifies the Boiler And Machinery and Commercial Crime Coverage Parts)*
  – **IL 09 71 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism; Coverage for Certain Fire Losses** *(modifies the Commercial Property and Farm Coverage Parts; Standard Property Policy)*
  – **IL 09 76 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism** *(modifies the Boiler And Machinery, Commercial Crime, CUSTOM COMMERCIAL PROTECTOR, and Commercial Inland Marine Coverage Parts)*
  – **IL 09 88 04 03 – Virginia Exclusion of Certified Acts and Other Acts of Terrorism; Coverage for Certain Fire Losses Resulting from Other Acts of Terrorism** *(modifies the Commercial Property and Farm Coverage Parts and Standard Property Policy)*
  – **FP 10 86 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism** *(modifies the Mobile Agricultural Machinery and Equipment Coverage Form and Livestock Coverage Form)*
  – **44-180 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism** *(modifies the COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR Property Coverage Forms)*
  – **44-184 11 02 – Exclusion of Certified Acts and Other Acts of Terrorism; Coverage For Certain Fire Losses** *(modifies the COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR Property Coverage Forms)*

- **and your previous policy issued by us did NOT contain an endorsement restricting coverage for terrorism:**

The terrorism endorsement in this renewal policy makes a distinction between "certified acts of terrorism" (which is more fully defined in the endorsement, but involves acts of terrorism that are committed by or on behalf of a foreign interest and generate aggregate losses in excess of $5 million) and "other acts of terrorism". Both types of terrorism are excluded from coverage but the exclusions are subject to different terms and conditions. "Certified acts of terrorism" are excluded because you rejected that coverage, which was made available pursuant to the federal Terrorism Risk Insurance Act of 2002. The endorsement in this renewal policy also excludes coverage for "other acts of terrorism" (terrorist acts other than certified acts) but such exclusion applies only if aggregate losses from the event exceed $25 million, or if the event involves a circumstance excluded by a policy exclusion (such as nuclear hazard) or involves biological or chemical materials under certain circumstances.

Refer to the terrorism endorsement for definitions of "certified acts of terrorism" and "other acts of terrorism", and to the endorsement and to the provisions of the insurance contract that govern coverage for, or the exclusion of coverage for, losses arising from terrorism.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2003.

U0U068

INSURED COPY

09/01/2006        8 156716        NECLWMMP609                      PGDM060D J22363        GCAFPPN    00000729  Page    54

 

**Applicable to endorsement IL 09 56:** The terrorism exclusion does not restrict fire coverage under Commercial Property, Commercial Inland Marine and Farm insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

**Applicable to endorsement IL 09 71:** The terrorism exclusion does not restrict fire coverage under Commercial Property and Farm insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

**Applicable to endorsement IL 09 88:** This terrorism exclusion **restricts** fire coverage under Commercial Property and Farm insurance to fire following an "other act of terrorism" due to a statutory requirement in this state. Therefore, there is no coverage for fire following a "certified act of terrorism," but there is coverage for certain fire losses following an "other act of terrorism."

**Applicable to endorsement 44-184:** The terrorism exclusion does not restrict fire coverage under COMMERCIAL PROTECTOR and CUSTOM COMMERCIAL PROTECTOR insurance due to a statutory requirement in this state. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

<u>Note:</u>
*In addition to the endorsements already listed, if your prior policy contained the 17-367 (02/03) endorsement, your prior policy had already been changed in one of two ways:*

- *If it contained a terrorism exclusion, that exclusion was modified to make a distinction between "certified acts of terrorism" and "other acts of terrorism";*

- *If it did not contain a terrorism exclusion, or that exclusion did not apply to certain losses, the endorsement put a cap on losses from "certified acts of terrorism."*

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2003.

09/01/2006        8 156716            NECLWMMP609        INSURED COPY        PGDM060D J22363        GCAFPPN    00000730   Page        55

 

## NOTICE TO POLICYHOLDERS
## COMMERCIAL GENERAL LIABILITY
## REMOVAL OF AMENDATORY ENDORSEMENT

Your policy has been renewed without the Amendatory Endorsement 22-44. Following is a summary of the changes to your coverage. NO COVERAGE IS PROVIDED BY THIS SUMMARY nor can it be construed to replace any provision in your policy. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

Your policy contains one of the following Coverage Forms:

| | |
|---|---|
| CG 00 01 | Commercial General Liability Coverage Form |
| CG 00 02 | Commercial General Liability Coverage Form (Claims-Made Coverage) |
| CG 00 09 | Owners and Contractors Protective Liability Coverage Form |
| CG 00 37 | Products/Completed Operations Liability Coverage Form |
| CG 00 38 | Products/Completed Operations Liability Coverage Form (Claims-Made Coverage) |
| 23-3 | CUSTOM COMMERCIAL PROTECTOR® General Liability Coverage Form |

The former Amendatory Endorsement 22-44 modified the above Coverage Forms so that certain Contractual Liability Exclusion provisions and Supplementary Payments provisions related to the defense of the insured's indemnitees did not apply. The removal of Amendatory Endorsement 22-44 from your policy means that these provisions now apply which may result in the following restrictions of coverage:

- The Contractual Liability Exclusion in these coverage forms includes an exception for attorneys fees and litigation expenses incurred by or for a party other than the insured when the insured has specifically assumed the defense of that party, and the related attorneys fees and litigation expenses, in an "insured contract". However, such attorneys fees and litigation expenses will be paid as damages under bodily injury and property damage liability coverage, and are subject to the Limits of Insurance.

  *For more details, refer to provision b.(2) under:*
  - *paragraph 2. Exclusions of Coverage A (Section I), if your policy contains CG 00 01, CG 00 02 or 23-3*
  - *paragraph 2. Exclusions (Section I), if your policy contains CG 00 09, CG 00 37 or CG 00 38*

- The Supplementary Payments provisions in these coverage forms provide for defense of the insured's indemnitee and the payment of the indemnitee's defense expenses as Supplementary Payments, if we defend an insured against a "suit" and the indemnitee of the insured is also named as a party to the "suit". However, certain specific conditions must be met.

  *For more details, refer to Supplementary Payments (Section I)*

© ISO Properties, Inc., 2002

09/01/2006    8 156716        NECLWMMP609    **INSURED COPY**    PGDM060D J22363    GCAFPPN    00000732 Page    57

 

# IMPORTANT NOTICE TO POLICYHOLDERS
## SILICA EXCLUSION

Your policy has been renewed with a **Silica Exclusion** endorsement. This may result in a reduction in coverage. Following is a summary of the exclusion. NO COVERAGE IS PROVIDED BY THIS SUMMARY nor can it be construed to replace any provision in your policy. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE for complete information on the coverages you are provided. If there is a conflict between the policy and this summary, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

### ENDORSEMENT SUMMARY

#### Exclusion – Silica

To the extent that current policy exclusions do not apply to liability arising from silica, this endorsement precludes coverage for:

- Bodily injury arising, in whole or in part, from the inhalation, ingestion, absorption of or exposure to silica.

- Property damage or personal and advertising injury arising, in whole or in part, from silica.

- Any loss or expenses arising out of any:

  - Request, demand, order or requirement that any insured or others test for, monitor, clean up, contain or in any way respond to, or assess the effects of silica; or

  - Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, containing or in any way responding to, or assessing the effects of silica.

This exclusion applies to silica in any form or any substance containing silica, either alone, or in combination with other substances or factors, whether included in a product or otherwise.

 

# IMPORTANT NOTICE TO POLICYHOLDERS

With respect to insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
COMMERCIAL PROTECTOR® LIABILITY COVERAGE FORM

Your liability insurance is being renewed at this time with the addition of the Asbestos Exclusion. This results in some clarifications and reductions in coverage. Following is a summary of the major changes. NO COVERAGE IS PROVIDED BY THIS SUMMARY nor can it be construed to replace any provision in your policy. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

## ASBESTOS EXCLUSION SUMMARY

**A.    CLARIFYING CHANGES** – language has been added for the purpose of clarity but there is no change in coverage intent.

Coverage is not provided for:

1.   Any Injury or damage arising out of any premises or operations involving the manufacture, storage, processing, mining, use, sales, installation, removal, disposal, distribution, handling, inhalation, ingestion, absorption or existence of, exposure to, or contact with asbestos, asbestos contained in goods, products or materials, asbestos fibers or asbestos dust.

2.   Any loss, cost or expense arising out of any:

   a.   Request, demand, order, or statutory or regulatory requirement that any insured or others in any way respond to or assess the effects of asbestos, asbestos fibers or asbestos dust, or asbestos contained in goods, products or materials.

   b.   Claim or suit by or on behalf of a governmental authority for damages because of any response to or assessment of the effects of asbestos, asbestos fibers or asbestos dust, or asbestos contained in goods, products or materials.

**B.    REDUCTIONS IN COVERAGE** – language has been added which has resulted in reductions in coverage.

Coverage is not provided for any injury or damage arising out of asbestos, asbestos fibers or asbestos dust, and asbestos contained in goods, products or materials if such injury or damage is included in the products or completed operations hazard.

 

RENEWAL


## Golden Eagle
## Insurance.sm
Member of Liberty Mutual Group

EFFECTIVE DATE:  09/01/2006

| | |
|---|---|
| Policy Number: CBP  8156716 | Prior Policy:  8156716 |

Billing Type:  AGENCY BILL

Coverage Is Provided In  THE NETHERLANDS INSURANCE COMPANY-A STOCK COMPANY

| Named Insured and Mailing Address:<br>MAX'S OF SKOKIE LP<br>DBA: BILLY BERK'S RESTAURANT<br>C/O E H MERRIMAN INSURANCE<br>1001 BROADWAY 3RD FLOOR<br>MILLBRAE  CA   94030 | Agent:<br>CROUSE & ASSOC-NO CALIF<br>100 PINE STREET STE 2500<br>SAN FRANCISCO  CA   94111       **DUPLICATE** |
|---|---|
| | Agent Code:  4295300        Agent Phone: (415)-982-3870 |

*     THE NETHERLANDS INSURANCE COMPANY-A STOCK COMPANY
      P.O. Box 85826
      San Diego, CA 92186-5826

## COMMON POLICY DECLARATIONS

In return for the payment of premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

POLICY PERIOD: From :  09/01/2006    To:  09/01/2007     at 12:01 AM Standard Time at your mailing address shown above.

FORM OF BUSINESS: CORPORATION

BUSINESS DESCRIPTION: RESTAURANT

This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| | PREMIUM |
|---|---|
| Commercial Property Coverage Part | $      3,756.00 |
| Equipment Breakdown Coverage Part | INCLUDED |
| Commercial General Liability Coverage Part | INCLUDED |
| Employee Benefits Liability Coverage Part | INCLUDED |
| Liquor Liability Coverage Part | INCLUDED |
| Total Premium for all Liability Coverage Parts | $     33,692.00 |
| Terrorism Risk Insurance Act of 2002 and 2005 Coverage | $      1,312.00 |
| Total Policy Premium | $     38,760.00 |

17-57 (06/94)

000073

INSURED COPY

 

## COMMON POLICY DECLARATIONS (continued)

**FORMS AND ENDORSEMENTS**

**Forms and Endorsements made a part of this policy at time of issue:**
Applicable Forms and Endorsements are omitted if shown in specific Coverage Part/Coverage Form Declarations

| Form Number | | Description |
|---|---|---|
| IL0995 | - 0504 | CONDITIONAL EXCLUSION OF TERRORISM |
| IL0940 | - 0102 | EXCLUSION OF WAR, MILITARY ACTION AND TERRORISM |
| IL0935 | - 0702 | EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES |
| IL0415 | - 0498 | PROTECTIVE SAFEGUARDS |
| IL0284 | - 1205 | ILLINOIS CHANGES-CANCELLATION AND NONRENEWAL |
| IL0118 | - 0505 | ILLINOIS CHANGES |
| IL0017 | - 1198 | COMMON POLICY CONDITIONS |
| IL0003 | - 0702 | CALCULATION OF PREMIUM |
| IL0162 | - 0406 | ILLINOIS CHANGES - DEFENSE COSTS |
| IL0021 | - 0702 | NUCLEAR ENERGY LIABILITY EXCLUSION (BROAD FORM) |
| CG2187 | - 0504 | CONDITIONAL EXCLUSION OF TERRORISM |
| CG2176 | - 1102 | EXCL OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT |

Countersigned:    By_____    _____
                              Authorized Representative                          Date

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc. 1982,1983, 1984, 1985.

Date Issued:  09/05/2006

ENDORSEMENT

 


**Golden Eagle Insurance**
Member of Liberty Mutual Group

| | |
|---|---|
| **Policy Number:** CBP8156716 | **Prior Policy:** 8156716 |

**Billing Type:** AGENCY BILL

**Coverage Is Provided In** THE NETHERLANDS INSURANCE COMPANY-A STOCK COMPANY

| | |
|---|---|
| **Named Insured and Mailing Address:**<br><br>MAX'S OF SKOKIE INC<br>DBA: BILLY BERK'S RESTAURANT<br>C/O E H MERRIMAN INSURANCE<br>1001 BROADWAY 3RD FLOOR<br>MILLBRAE CA  94030 | **Agent:**<br><br>CROUSE & ASSOC-NO CALIF<br>100 PINE STREET STE 2500<br>SAN FRANCISCO CA  94111<br><br>**Agent Code:** 4295300    **Agent Phone:** (415)-982-3870 |

### POLICY CHANGE ENDORSEMENT

**POLICY PERIOD: From:** 09/01/2006    **To:** 09/01/2007    at 12:01 AM Standard Time at your mailing address shown above.

**DESCRIPTION OF CHANGE**                                         **CHANGE EFFECTIVE DATE:**  05/03/2007

AMENDING NAMED INSURED TO SHOW:

MAX'S OF SKOKIE INC
DBA: BILLY BERK'S RESTAURANT

| | | | | |
|---|---|---|---|---|
| Original Annual Premium | $ | 37,498.00 | | |
| New Annualized Premium | $ | 37,498.00 | NO PREMIUM CHANGE | $         0.00 |

Countersigned:    By_____          _____
                                          Authorized Representative                                      Date

                                                    Date Issued:  05/04/2007

000075

INSURED COPY

  

**Golden Eagle Insurance.**
Member of Liberty Mutual Group

| | |
|---|---|
| Policy Number: CBP8156716 | Prior Policy: 8156716 |

Policy Period: 09/01/2006    To: 09/01/2007    12:01 am Standard Time at the Mailing Address of the Named Insured

Coverage Is Provided In  THE NETHERLANDS INSURANCE COMPANY-A STOCK COMPANY

Billing Type: AGENCY BILL        -        PREPAID

| Named Insured and Mailing Address: | Agent: |
|---|---|
| MAX'S OF SKOKIE INC<br>DBA: BILLY BERK'S RESTAURANT<br>C/O E H MERRIMAN INSURANCE<br>1001 BROADWAY 3RD FLOOR<br>MILLBRAE  CA   94030 | CROUSE & ASSOC-NO CALIF<br>100 PINE STREET STE 2500<br>SAN FRANCISCO  CA   94111<br><br>Agent Code: 4295300     Agent Phone: (415)-982-3870 |

Reason for Amendment: ENDORSEMENT

Transaction Effective Date: 05/03/2007

Premium for this Transaction:   $          0.00

### STATEMENT OF ACCOUNT

| Acct<br>Date | Premium | Surcharge/<br>Assessment | Total<br>Due |
|---|---|---|---|
| 09/2006 | $     37,448.00 | $        0.00 | $     37,448.00 |
| 03/2007 | $          50.00 | $        0.00 | $          50.00 |
| 05/2007 | $            0.00 | $        0.00 | $           0.00 |
| | | Total Premium Charged:  $ | 37,498.00 |

Date Issued:  05/04/2007

17-81 (04/97)

000076

INSURED COPY

 

END**O**RSEMENT


## Golden Eagle Insurance™
*Member of Liberty Mutual Group*

| | |
|---|---|
| Po**l**icy Number: CBP8156716 | Prior Policy: 8156716 |

Bil**l**ing Type: AGENCY BILL

Co**v**erage Is Provided In   THE NETHERLANDS INSURANCE COMPANY-A STOCK COMPANY

| Named Insured and Mailing Address: | Agent: |
|---|---|
| **MAX'S OF SKOKIE LP**<br>DBA: BILLY BERK'S RESTAURANT<br>C/O E H MERRIMAN INSURANCE<br>1001 BROADWAY 3RD FLOOR<br>MILLBRAE CA 94030 | CROUSE & ASSOC-NO CALIF<br>100 PINE STREET STE 2500<br>SAN FRANCISCO CA  94111 |
| | Agent Code:  4295300      Agent Phone: (415)-982-3870 |

## POLICY CHANGE ENDORSEMENT

POLICY PERIOD: From: 09/01/2006      To: 09/01/2007      at 12:01 AM Standard Time at your mailing address shown above.

DESC**R**IPTION OF CHANGE                                    CHANGE EFFECTIVE DATE:  02/27/2007

ADDI**N**G ADDITIONAL INSURED-MANAGER/LESSOR OF PREMISES
ENDO**R**SEMENT, CG2011

ADDI**T**IONAL INSURED:

LASA**L**LE BANK NATIONAL ASSOCIATION, NO INDIVIDUALLY BUT
AS SU**C**CESSOR TRUSTEE UNDER TRUST AGREEMENT DATED JUNE
1, 1993 AND KNOWN AS TRUST NO. 116914-09, WESTFIELD
AMERI**C**A INC, WESTFIELD AMERICA LIMITED PARTNERSHIP,
WESTFIELD LLC, OLD ORCHARD URBAN LIMITED PARTNERSHIP,
AN ILLINOIS LIMITED PARTNERSHIP

| | | | | | |
|---|---|---|---|---|---|
| Original Annual Premium | $ | 37,448.00 | | | |
| New  Annualized Premium | $ | 37,498.00 | TOTAL ADDITIONAL PREMIUM | $ | 50.00 |

Countersigned:     By _____          _____
                                              Authorized Representative                                  Date

                                                            Date Issued:  03/02/2007

ENDORSEMENT



**Golden Eagle Insurance** ™
Member of Liberty Mutual Group

Forming a part of

| | |
|---|---|
| Policy Number: CBP 8156716 | |
| Coverage Is Provided In  THE NETHERLANDS INSURANCE COMPANY-A STOCK COMPANY | |
| Named Insured:<br>MAX'S OF SKOKIE LP<br>DBA: BILLY BERK'S RESTAURANT | Agent:<br>  CROUSE & ASSOC-NO CALIF<br><br>Agent Code: 4295300      Agent Phone: (415)-982-3870 |

TOTAL ADVANCE PREMIUM FOR ALL LIABILITY COVERAGE PARTS          $    33,742.00

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

#### LIMITS OF INSURANCE

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage To Premises Rented To You Limit | $    100,000 | Any One Premises |
| Medical Expense Limit | $      5,000 | Any One Person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any One Person or Organization |
| General Aggregate Limit (Other Than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

#### LOCATION OF PREMISES

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 001 | 3 OLD ORCHARD SHOPPING CENTER<br>SKOKIE IL  60077 |

#### PREMIUM

| Class<br>Code | Classification Description | | | | | |
|---|---|---|---|---|---|---|
| | Premium<br>Base | Territory<br>Code | Rates<br>Prods/<br>Comp Ops | All<br>Other | Advance Premium<br>Prods/<br>Comp Ops | All<br>Other |
| IL | | | | | | |
| LOCATION 001 | | | | | | |
| 16910 | RESTAURANTS - WITH SALE OF ALCOHOLIC BEVERAGES THAT ARE LESS<br>THAN 30% OF THE ANNUAL RECEIPTS OF THE RESTAURANTS<br>WITH TABLE SERVICE | | | | | |
| | 4,200,000 | 007 | $  0.316 | $    7.076 | $    1,327 | $    29,719 |
| | GROSS SALES<br>PER $1000 | | | | | |

22-19 (12/02)

INSURED COPY          000078

 

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

### PREMIUM

| Class Code | Classification Description | | | | | |
|---|---|---|---|---|---|---|
| | | | Rates | | Advance Premium | |
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 92100 | EMPLOYEE BENEFITS LIAB TO CGL SCHEDULE | | | | | |
| | 25 000 | | | | | $ 233 |
| 49950 | ADDITIONAL INSURED CG2011 | | | | | |
| | FLAT CHARGE | 999 | | | | $ 50 |

Audit Period: ANNUAL         Total Advance Premium         INCLUDED

### FORMS AND ENDORSEMENTS

Forms and Endorsements applying to this Coverage Part and made part of this policy:

| Form Number | | Description |
|---|---|---|
| CG2190 | - 0106 | EXCLUSION OF TERRORISM |
| CG2167 | - 0402 | FUNGI OR BACTERIAL EXCLUSION |
| CG2147 | - 0798 | EMPLOYMENT RELATED PRACTICES EXCLUSION |
| CG2011 | - 0196 | ADDITIONAL INSURED-MANAGERS OR LESSORS OF PREMISES |
| CG0435 | - 0202 | EMPLOYEE BENEFITS LIABILITY COVERAGE |
| CG0200 | - 0705 | ILLINOIS CHANGES - CHANCELLATION AND NONRENEWAL |
| CG0067 | - 0305 | EXCLUSION-VIOLATION OF STATUTES |
| CG0001 | - 1001 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| 22-90 | - 0204 | EXCLUSION - SILICA |
| 22-45 | - 1202 | COMMERCIAL GENERAL LIABILITY EXTENSION ENDORSEMENT |
| 17-98 | - 1202 | EXCLUSION - ASBESTOS |
| 17-22 | - 1202 | EXCLUSION - LEAD |
| CG2279 | - 0798 | EXCLUSION-CONTRACTORS - PROFESSIONAL LIABILITY |
| CG2407 | - 0196 | PRODUCTS/COMPLETED OPERATIONS HAZARD REDEFINED |
| CL175 | - 0286 | QUICK REFERENCE COMML GENERAL LIABILITY COVERAGE PART |

Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc. 1982, 1983, 1984, 1985, 2000.

Date Issued:  03/02/2007

22-19 (12/02)

000079

INSURED COPY

Forming a part of

**Policy Number:** CBP 8156716

**Coverage Is Provided In** THE NETHERLANDS INSURANCE COMPANY-A STOCK COMPANY

| Named Insured:<br>MAX'S OF SKOKIE LP<br>DBA: BILLY BERK'S RESTAURANT | Agent:<br>CROUSE & ASSOC-NO CALIF<br><br>Agent Code: 4295300     Agent Phone: (415)-982-3870 |
| --- | --- |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED—MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**1.** Designation of Premises (Part Leased to You):

   3 OLD ORCHARD SHOPPING CENTER  SKOKIE, IL

**2.** Name of Person or Organization (Additional Insured):

   LASALLE BANK N A SUCCESSOR
   TRUSTEE UNDER TRUST AGREEMENT
   66 OLD ORCHARD CENTER STE F66
   SKOKIE IL   60077-

**3.** Additional Premium:
   SEE PREMIUM SCHEDULE

(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.
2. Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

CG 20  11  (01/96)

Copyright, Insurance Services Office, Inc , 1994   UUOU80
INSURED COPY

  

**Golden Eagle Insurance**
Member of Liberty Mutual Group

| Policy Number: CBP8156716 | Prior Policy:    8156716 |
|---|---|

Policy Period:  09/01/2006    To:  09/01/2007    12:01 am Standard Time at the Mailing Address of the Named Insured

Coverage Is Provided In   THE NETHERLANDS INSURANCE COMPANY-A STOCK COMPANY

Billing Type: AGENCY BILL        -        PREPAID

| Named Insured and Mailing Address: | Agent: |
|---|---|
| MAX'S OF SKOKIE LP<br>DBA: BILLY BERK'S RESTAURANT<br>C/O E H MERRIMAN INSURANCE<br>1001 BROADWAY 3RD FLOOR<br>MILLBRAE CA  94030 | CROUSE & ASSOC-NO CALIF<br>100 PINE STREET STE 2500<br>SAN FRANCISCO CA   94111<br><br>Agent Code: 4295300     Agent Phone: (415)-982-3870 |

Reason for Amendment: ENDORSEMENT

Transaction Effective Date: 02/27/2007

Premium for this Transaction:  $        50.00

## STATEMENT OF ACCOUNT

| Acct Date | Premium | Surcharge/ Assessment | Total Due |
|---|---|---|---|
| 09/2006 | $   37,448.00 | $      0.00 | $   37,448.00 |
| 03/2007 | $       50.00 | $      0.00 | $       50.00 |
|  |  | Total Premium Charged:  $ | 37,498.00 |

Date Issued:  03/02/2007

17-81 (04/97)

000081

INSURED COPY

09/01/2006        8156716

PGDM060D J10819  GCAFPPN  00000521  Page 1

 

ENDORSEMENT


**Golden Eagle Insurance**™
Member of Liberty Mutual Group

| Policy Number: CBP8156716 | Prior Policy: 8156716 |
|---|---|
| Billing Type: AGENCY BILL | |
| Coverage Is Provided In   THE NETHERLANDS INSURANCE COMPANY-A STOCK COMPANY | |

| Named Insured and Mailing Address: | Agent: |
|---|---|
| MAX'S OF SKOKIE LP<br>DBA: BILLY BERK'S RESTAURANT<br>C/O E H MERRIMAN INSURANCE<br>1601 BROADWAY 3RD FLOOR<br>MILLBRAE  CA  94030 | CROUSE & ASSOC-NO CALIF<br>100 PINE STREET STE 2500<br>SAN FRANCISCO CA  94111 |
| | Agent Code:  4295300      Agent Phone: (415)-982-3870 |

POLICY CHANGE ENDORSEMENT

POLICY PERIOD: From: 09/01/2006    To: 09/01/2007    at 12:01 AM Standard Time at your mailing address shown above.

DESCRIPTION OF CHANGE                          CHANGE EFFECTIVE DATE:  09/01/2006

DUE TO RECEIPT OF SIGNED REJECTION FORM, TRIA COVERAGE
IS DELETED.

THE FOLLOWING FORMS ARE DELETED: IL0995, CG2187,
STML505, STML514

THE FOLLOWING FORMS ARE ADDED: IL0030, CG2169, CG2190

| Original Annual Premium | $ | 38,760.00 | | | |
|---|---|---|---|---|---|
| New Annualized Premium | $ | 37,448.00 | TOTAL RETURN PREMIUM | $ | 1,312.00 |

Countersigned:     By_____                _____
                                      Authorized Representative                                          Date

                                                                 Date Issued:  09/13/2006

17-60 (10/94)

000082

INSURED COPY

 

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

A. The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

  1. "Terrorism" means activities against persons, organizations or property of any nature:

    a. That involve the following or preparation for the following:

      (1) Use or threat of force or violence; or

      (2) Commission or threat of a dangerous act; or

      (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

    b. When one or both of the following applies:

      (1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      (2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

  2. "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

B. The following exclusion is added:

EXCLUSION OF TERRORISM

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

  1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

  2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

  3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

  4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

CG 21 90 01 06                © ISO Properties, Inc., 2004   U00083              Page 1 of 2

 

5.  The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6.  Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

    a.  Physical injury that involves a substantial risk of death; or

    b.  Protracted and obvious physical disfigurement; or

    c.  Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** or **B.6.** are exceeded.

With respect to this Exclusion, Paragraphs **B.5.** and **B.6.** describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part or Policy.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury or damage" that is otherwise excluded under this Coverage Part or Policy.

© ISO Properties, Inc., 2004

U00084

CG 21 90 01 06

09/01/2006    8156716    NECLWMMP409    **INSURED COPY**    PGDM060D J11544    GCAFPPN    00000854   Page    8

 

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN PROTECTION COVERAGE FORM
FARM COVERAGE PART
GOVERNMENT CRIME COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph C) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part or Policy |
|---|---|
| CA, CT, IA, IL, MA, ME, MO, NC, NJ, PA, RI, VA, WI | Boiler And Machinery Coverage Part |
| CA, CT, IA, IL, MA, ME, MO, NC, NJ, PA, RI, VA, WI | Commercial Crime Coverage Form |
| CA, CT, IA, IL, MA, ME, MO, NC, NJ, PA, RI, VA, WI | Commercial Property Coverage Part |
| CA, CT, IA, IL, MA, ME, MO, NC, NJ, PA, RI, VA, WI | Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form |
| CA, CT, IA, IL, MA, ME, MO, NC, NJ, PA, RI, VA, WI | Farm Property – Farm Personal Property Coverage Form |
| CA, CT, IA, IL, MA, ME, MO, NC, NJ, PA, RI, VA, WI | Farm Property – Barns, Outbuildings And Other Farm Structures Coverage Form |
| CA, CT, IA, IL, MA, ME, MO, NC, NJ, PA, RI, VA, WI | Standard Property Policy |
| CA, CT, IA, IL, MA, ME, MO, NC, NJ, PA, RI, VA, WI | Equipment Breakdown Protection Coverage Form |
| CA, CT, IA, IL, MA, ME, MO, NC, NJ, PA, RI, VA, WI | Government Crime Coverage Form |
| CA, ME, MO, PA, RI, WI | Commercial Inland Marine Coverage Part |
| CA, ME, MO, PA, RI, WI | Mobile Agricultural Machinery And Equipment Coverage Form |
| CA, ME, MO, PA, RI, WI | Livestock Coverage Form |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

A.  The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

1.  That involve the following or preparation for the following:

    a.  Use or threat of force or violence; or

    b.  Commission or threat of a dangerous act; or

    c.  Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and




2.  When one or both of the following applies:

   a.  The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   b.  It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

B.  The following exclusion is added:

## EXCLUSION OF TERRORISM

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

1.  The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2.  Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3.  The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4.  Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5.  The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

   With respect to this item B.5., the immediately preceding paragraph describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Coverage Part or Policy.

C.  Exception Covering Certain Fire Losses

   The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

   If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

D.  Application Of Other Exclusions

1.  When the Exclusion Of Terrorism applies in accordance with the terms of B.1. or B.2., such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part or Policy.

2.  The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© ISO Properties, Inc., 2004

000086

IL 00 30 01 06

INSURED COPY

09/01/2006    B156716    NECLWMMP409    PGDM060D J11544    GCAFPPN    00000856    Page    10

 

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAR OR TERRORISM EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. Exclusion i. under Paragraph 2., **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**i. War Or Terrorism**

"Bodily injury" or "property damage" arising, directly or indirectly, out of:

(1) War, including undeclared or civil war; or

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

(4) "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism"

regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

However, with respect to "terrorism", this exclusion only applies if one or more of the following are attributable to an incident of "terrorism":

(1) The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions ; or

(2) Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

(a) Physical injury that involves a substantial risk of death; or

(b) Protracted and obvious physical disfigurement; or

(c) Protracted loss of or impairment of the function of a bodily member or organ; or

(3) The "terrorism" involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

(4) The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

(5) Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

CG 21 69 01 02                © ISO Properties, Inc., 2001    000087                **Page 1 of 3**



Paragraphs (1) and (2), immediately preceding, describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

In the event of any incident of "terrorism" that is not subject to the Terrorism Exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

Multiple incidents of "terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**B.** The following exclusion is added to Paragraph 2., **Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**War Or Terrorism**

"Personal and advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

**(4)** "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism"

regardless of any other cause or event that contributes concurrently or in any sequence to the injury.

However, with respect to "terrorism", this exclusion only applies if one or more of the following are attributable to an incident of "terrorism":

**(1)** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions ; or

**(2)** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   **(a)** Physical injury that involves a substantial risk of death; or

   **(b)** Protracted and obvious physical disfigurement; or

   **(c)** Protracted loss of or impairment of the function of a bodily member or organ; or

**(3)** The "terrorism" involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**(4)** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**(5)** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Paragraphs (1) and (2), immediately preceding, describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

© ISO Properties, Inc., 2001    U00088

CG 21 69 01 02

INSURED COPY