

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.** For the purposes of the coverage provided by this endorsement:

1. All references to Supplementary Payments – Coverages A and B are replaced by Supplementary Payments – Coverages A, B and Employee Benefits Liability.

2. Paragraphs **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**C.** For the purposes of the coverage provided by this endorsement, Paragraphs **2.** and **4.** of **Section II – Who Is An Insured** are replaced by the following:

2. Each of the following is also an insured:

   **a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

   **b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

   **c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

   **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

   **b.** Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

**D.** For the purposes of the coverage provided by this endorsement, Paragraph **3.** of **Section II – Who Is An Insured** does not apply.

**E.** For the purposes of the coverage provided by this endorsement, **Section III – Limits Of Insurance** is replaced by the following:

1. **Limits Of Insurance**

   **a.** The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

   (1) Insureds;

   (2) "Claims" made or "suits" brought;

   (3) Persons or organizations making "claims" or bringing "suits";

   (4) Acts, errors or omissions; or

   (5) Benefits included in your "employee benefit program".

   **b.** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

   **c.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

   (1) An act, error or omission; or

   (2) A series of related acts, errors or omissions

   negligently committed in the "administration" of your "employee benefit program".

   However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

   The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

CG 04 35 (02/02)

© ISO Properties, Inc., 2001    000202
INSURED COPY

 

2. Deductible

   a. Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

   b. The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

   c. The terms of this insurance, including those with respect to:

     (1) Our right and duty to defend any "suits" seeking those damages; and

     (2) Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim",

   apply irrespective of the application of the deductible amount.

   d. We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

F. For the purposes of the coverage provided by this endorsement, Conditions **2.** and **4.** of **Section IV – Conditions** are replaced by the following:

2. **Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

   a. You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

     (1) What the act, error or omission was and when it occurred; and

     (2) The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

   b. If a "claim" is made or "suit" is brought against any insured, you must:

     (1) Immediately record the specifics of the "claim" or "suit" and the date received; and

     (2) Notify us as soon as practicable.

   You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

   c. You and any other involved insured must:

     (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

     (2) Authorize us to obtain records and other information;

     (3) Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

     (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

4. **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

   a. **Primary Insurance**

   This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

© ISO Properties, Inc., 2001

INSURED COPY

000203

 

**b. Excess Insurance**

    **(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

        **(a)** No Retroactive Date is shown in the Schedule of this insurance; or

        **(b)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

    **(2)** When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

    **(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

    **(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance of all insurers.

**G.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

1. You will have the right to purchase an Extended Reporting Period, as described below, if:

    **a.** This endorsement is canceled or not renewed; or

    **b.** We renew or replace this endorsement with insurance that:

        **(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

        **(2)** Does not apply to an act, error or omission on a claims-made basis.

2. The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

3. An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

    **a.** The "employee benefit programs" insured;

    **b.** Previous types and amounts of insurance;

    **c.** Limits of insurance available under this endorsement for future payment of damages; and

    **d.** Other related factors.

---

CG 04 35 (02/02)

© ISO Properties, Inc., 2001

INSURED COPY

000204

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

4. If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

Paragraph E.1.b. of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph E.1.c.

H. For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Definitions Section:**

1. "Administration" means:

   a. Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

   b. Handling records in connection with the "employee benefit program"; or

   c. Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

   However, "administration" does not include handling payroll deductions.

2. "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

3. "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

4. "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

   a. Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts; provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

   b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

   c. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

   d. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

   e. Any other similar benefits designated in the Schedule or added thereto by endorsement.

I. For the purposes of the coverage provided by this endorsement, Definitions 5. and 18. in the **Definitions** Section are replaced by the following:

5. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

18. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

000205

© ISO Properties, Inc., 2001
INSURED COPY

 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions** of Section I - Coverage A - **Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of Section I - Coverage B - **Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc., 1997

CG 2147 (07/98)

000206    Page 1 of 1

 

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph 2., Exclusions of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

**B.** The following exclusion is added to Paragraph 2., Exclusions of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

 

# QUICK REFERENCE
# COMMERCIAL GENERAL LIABILITY COVERAGE PART

### READ YOUR POLICY CAREFULLY

The Commercial General Liability Coverage Part in your policy consists of Declarations, a Coverage Form (either CG 00 01 or CG 00 02), Common Policy Conditions and Endorsements, if applicable. Following is a Quick Reference indexing of the principal provisions contained in each of the components making up the Coverage Part, listed in sequential order, except for the provisions in the Declarations which may not be in the sequence shown.

## DECLARATIONS
    Named Insured and Mailing Address
    Policy Period
    Description of Business and Location of Premises
    Limits of Insurance
    Forms and Endorsements applying to the Coverage Part at time of issue

## COVERAGE FORM (CG 00 01 or CG 00 02)
    SECTION I—COVERAGES
        Coverage A—Bodily Injury and Property Damage Liability
            Insuring Agreement
            Exclusions
        Coverage B—Personal and Advertising Injury Liability
            Insuring Agreement
            Exclusions
        Coverage C—Medical Payments
            Insuring Agreement
            Exclusions
        Supplementary Payments
    SECTION II—WHO IS AN INSURED
    SECTION III—LIMITS OF INSURANCE
    SECTION IV—COMMERCIAL GENERAL LIABILITY CONDITIONS
        Bankruptcy
        Duties in the Event of Occurrence, Claim or Suit
        Legal Action Against Us
        Other Insurance
        Premium Audit
        Representations
        Separation of Insureds
        Transfer of Rights of Recovery Against Others to Us
        When We Do Not Renew (applicable to CG 00 02 only)
        Your Right to Claim and "Occurrence" Information (applicable to CG 00 02 only)
    SECTION V—EXTENDED REPORTING PERIODS (applicable to CG 00 02 only)
    SECTION VI—DEFINITIONS (SECTION V in CG 00 01)

## COMMON POLICY CONDITIONS (IL 00 17)
    Cancellation
    Changes
    Examination of Your Books and Records
    Inspections and Surveys
    Premiums
    Transfer of Your Rights and Duties under this Policy

## ENDORSEMENTS (If Any)

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1984, 1986.

CL 175 (2-86)                                                    000208        **Page 1 of 1**

04/01/2006    8156716        NECLWMMP705    **INSURED COPY**    PGDM060D J27072    GCAOPPN    00000596   Page    193

Forming a part of

Policy Number: CBP 8156716

Coverage Is Provided In THE NETHERLANDS INSURANCE COMPANY-A STOCK COMPANY

| Named Insured: | Agent: |
|---|---|
| MAX'S OF SKOKIE LP | CROUSE & ASSOC-NO CALIF |
| DBA: BILLY BERK'S RESTAURANT | |
| | Agent Code: 4295300    Agent Phone: (415)-982-3870 |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PRODUCTS/COMPLETED OPERATIONS HAZARD REDEFINED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

With respect to "bodily injury" or "property damage" arising out of "your products" manufactured, sold, handled or distributed:

1.   On, from or in connection with the use of any premises described in the Schedule, or

2.   In connection with the conduct of any operation described in the Schedule, when conducted by you or on your behalf.

Paragraph a. of the definition of "Products-completed operations hazard" in the DEFINITIONS Section is replaced by the following:

"Products-completed operations hazard":

a.   Includes all "bodily injury" and "property damage" that arises out of "your products" if the "bodily injury" or "property damage" occurs after you have relinquished possession of those products.

### SCHEDULE

Description of Premises and Operations:


RESTAURANT



(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement).

CG 24 07 (01/96)

Copyright, Insurance Services Office, Inc., 1994    000209
INSURED COPY

 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION—CONTRACTORS—PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2., Exclusions of Section I—Coverage A—Bodily Injury And Property Damage Liability and Paragraph 2., Exclusions of Section I—Coverage B—Personal And Advertising Injury Liability:

1. This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

   a. Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

   b. Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

2. Subject to Paragraph 3. below, professional services include:

   a. Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

   b. Supervisory or inspection activities performed as part of any related architectural or engineering activities.

3. Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

Copyright, Insurance Services Office, Inc., 1997

000210

Page 1 of 1

CG 2279 (07/98)

  

**Golden Eagle Insurance**™
Member of Liberty Mutual Group

RENEWAL

Forming a part of

Policy Number: CBP 8156716

Coverage Is Provided In THE NETHERLANDS INSURANCE COMPANY-A STOCK COMPANY

| Named Insured: | Agent: |
|---|---|
| MAX'S OF SKOKIE LP | CROUSE & ASSOC-NO CALIF |
| DBA: BILLY BERK'S RESTAURANT | |
| | Agent Code: 4295300    Agent Phone: (415)-982-3870 |

## LIQUOR LIABILITY COVERAGE PART DECLARATIONS
### THIS IS A CLAIMS MADE COVERAGE. READ YOUR COVERAGE FORM CAREFULLY.

### LIMITS OF INSURANCE

Each Common Cause Limit      $ 1,000,000

Aggregate Limit      $ 2,000,000

### DEDUCTIBLE (See endorsement CG 03 05)

Amount      Basis of Deductible
NIL

### RETROACTIVE DATE

This insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date, if any, shown here:   NONE
(Enter Date or "None" if no Retroactive Date applies)

### LOCATION OF PREMISES

Location Number      Address of All Premises You Own, Rent or Occupy

001      3 OLD ORCHARD SHOPPING CENTER
SKOKIE IL

### PREMIUM

| Class Code | Classification Description Premium Base | Rates | Advance Premium |
|---|---|---|---|
| IL | | | |

LOCATION 001

58161      RESTAURANTS, TAVERNS, HOTELS, MOTELS, INCLUDING PACKAGE

000211

22-21 (06/94)



## LIQUOR LIABILITY COVERAGE PART DECLARATIONS (continued)

PREMIUM

| Class Code | Classification Description Premium Base | | Rates | | Advance Premium |
|---|---|---|---|---|---|
| | SALES | | | | |
| | 630,000 | $ 3.830 | FIRST $25,000 SALES | $ | 2,413 |
| | | | NEXT $25,000 SALES | | |
| | | | OVER $50,000 SALES | | |
| | GROSS SALES PER $1000 | | | | |

| Audit Period: ANNUAL | | | Total Advance Premium | $ | 2,413 |
|---|---|---|---|---|---|

## FORMS AND ENDORSEMENTS

Forms and Endorsements applying to this Coverage Part and made part of this policy:

| Form Number | | Description |
|---|---|---|
| CG00 33 | - 1001 | LIQUOR LIABILITY COVERAGE FORM |
| CG02 00 | - 0705 | ILLINOIS CHANGES - CHANCELLATION AND NONRENEWAL |
| CL176 | - 0286 | QUICK REFERENCE LIQUOR LIABILITY COVERAGE PART |
| CG31 22 | - 0202 | ILLINOIS CHANGES - LIQUOR LIABILITY |

Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc. 1982,1983, 1984, 1985.

Date Issued: 09/05/2006

 

# LIQUOR LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – LIQUOR LIABILITY COVERAGE

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "injury" to which this insurance applies if liability for such "injury" is imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "injury" to which this insurance does not apply. We may, at our discretion, investigate any "injury" and settle any claim or "suit" that may result. But:

  **(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

  **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to "injury" only if:

  **(1)** The "injury" occurs during the policy period in the "coverage territory"; and

  **(2)** Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "injury" or claim, knew that the "injury" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "injury" occurred, then any continuation, change or resumption of such "injury" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Injury" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "injury" or claim, includes any continuation, change or resumption of that "injury" after the end of the policy period.

**d.** "Injury" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "injury" or claim:

  **(1)** Reports all, or any part, of the "injury" to us or any other insurer;

  **(2)** Receives a written or verbal demand or claim for damages because of the "injury"; or

  **(3)** Becomes aware by any other means that "injury" has occurred or has begun to occur.

### 2. Exclusions

This insurance does not apply to:

**a. Expected Or Intended Injury**

  "Injury" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Workers' Compensation And Similar Laws**

  Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

© ISO Properties, Inc., 2000

000213

04/01/2006    8156716        NECLWMMP705    **INSURED COPY**    PGDM060D J27072    GCAOPPN    00000588  Page    185

 

c. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the "injury".

d. **Liquor License Not In Effect**

"Injury" arising out of any alcoholic beverage sold, served or furnished while any required license is suspended or after such license expires, is cancelled or revoked.

e. **Your Product**

"Injury" arising out of "your product". This exclusion does not apply to "injury" for which the insured or the insured's indemnitees may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

f. **Other Insurance**

Any "injury" with respect to which other insurance is afforded, or would be afforded but for the exhaustion of the limits of insurance.

This exclusion does not apply if the other insurance responds to liability for "injury" imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage.

**SUPPLEMENTARY PAYMENTS**

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

1. All expenses we incur.

2. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

3. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

4. All costs taxed against the insured in the "suit".

5. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

6. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

7. Expenses incurred by the insured for first aid administered to others at the time of an event to which this insurance applies.

These payments will not reduce the limits of insurance.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

© ISO Properties, Inc., 2000
**INSURED COPY** 000214
CG 00 33 10 01




d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

(1) "injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph (1)(a) above; or

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above.

(2) "Property damage" to property:

(a) Owned or occupied by, or

(b) Rented or loaned

to that "employee", any of your other "employees", by any of your partners or members (if you are a partnership or joint venture), or by any of your members (if you are a limited liability company).

b. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

c. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier; and

b. Coverage does not apply to "injury" that occurred before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The Aggregate Limit is the most we will pay for all "injury" as the result of the selling, serving or furnishing of alcoholic beverages.

3. Subject to the Aggregate Limit, the Each Common Cause Limit is the most we will pay for all "injury" sustained by one or more persons or organizations as the result of the selling, serving or furnishing of any alcoholic beverage to any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

INSURED COPY



## SECTION IV – LIQUOR LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Injury, Claim Or Suit**

a. You must see to it that we are notified as soon as practicable of an "injury" which may result in a claim. To the extent possible, notice should include:

   (1) How, when and where the "injury" took place;

   (2) The names and addresses of any injured persons and witnesses; and

   (3) The nature and location of any "injury".

b. If a claim is made or "suit" is brought against any insured, you must:

   (1) Immediately record the specifics of the claim or "suit" and the date received; and

   (2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

   (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   (2) Authorize us to obtain records and other information;

   (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "injury" to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary. Our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in b. below.

**b. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

© ISO Properties, Inc., 2000
000216
CG 00 33 10 01

INSURED COPY

04/01/2006   8 156716   NECLWMMP705   PGDM060D  J27072   GCAOPPN   00000591  Page   188

 

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

### 6. Representations

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

### 7. Separation Of Insureds

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

### 8. Transfer Of Rights Of Recovery Against Others To Us

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

### 9. When We Do Not Renew

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

1. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

2. "Coverage territory" means:

   **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

   **b.** International waters or airspace, but only if the "injury" occurs in the course of travel or transportation between any places included in a. above; or

   **c.** All other parts of the world if the "injury" arises out of:

   (1) Goods or products made or sold by you in the territory described in a. above; or

   (2) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

3. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

4. "Executive Officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

5. "Injury" means all damages, including damages because of "bodily injury" and "property damage", and including damages for care, loss of services or loss of support.

6. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

© ISO Properties, Inc., 2000

INSURED COPY

000217

04/01/2006    8156716    NECLWMMP705    PGDM060D J27072    GCAOPPN    00000592    Page    189

 

**7.** "Property damage" means:

   **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the occurrence that caused it.

**8.** "Suit" means a civil proceeding in which damages because of "injury" to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**9.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**10.** "Your product":

   **a.** Means:

   **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      **(a)** You;

      **(b)** Others trading under your name; or

      **(c)** A person or organization whose business or assets you have acquired; and

   **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

   **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product", and

   **(2)** The providing of or failure to provide warnings or instructions.

   **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

© ISO Properties, Inc., 2000    000218    CG 00 33 10 01

INSURED COPY

 

# QUICK REFERENCE
# LIQUOR LIABILITY COVERAGE PART

### READ YOUR POLICY CAREFULLY

The Liquor Liability Coverage Part in your policy consists of Declarations, a Coverage Form (either CG 00 33 or CG 00 34), Common Policy Conditions and Endorsements, if applicable. Following is a Quick Reference indexing of the principal provisions contained in each of the components making up the Coverage Part, listed in sequential order, except for the provisions in the Declarations which may not be in the sequence shown.

## DECLARATIONS
 Named Insured and Mailing Address
 Policy Period
 Limits of Insurance
 Description of Business and Location of Premises
 Forms and Endorsements applying to the Coverage Part at time of issue

## COVERAGE FORM (CG 00 33 or CG 00 34)
 SECTION I—LIQUOR LIABILITY COVERAGE
  Insuring Agreement
  Exclusions
  Supplementary Payments
 SECTION II—WHO IS AN INSURED
 SECTION III—LIMITS OF INSURANCE
 SECTION IV—LIQUOR LIABILITY CONDITIONS
  Bankruptcy
  Duties in the Event of an Injury, Claim or Suit
  Legal Action Against Us
  Other Insurance
  Premium Audit
  Representations
  Separation of Insureds
  Transfer of Rights of Recovery Against Others to Us
  When We Do Not Renew (applicable to CG 00 34 only)
  Your Right to Claim and "Injury" Information (applicable to CG 00 34 only)
 SECTION V—EXTENDED REPORTING PERIODS (applicable to CG 00 34 only)
 SECTION VI—DEFINITIONS (SECTION V in CG 00 33)

## COMMON POLICY CONDITIONS (IL 00 17)
 Cancellation
 Changes
 Examination of Your Books and Records
 Inspections and Surveys
 Premiums
 Transfer of Your Rights and Duties under this Policy

## ENDORSEMENTS (If Any)

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1985, 1986.

CL 176 (2-86)

000219

Page 1 of 1

04/01/2006 8156716 NECLWMMP705 **INSURED COPY** PGDM060D J27072 GCAOPPN 00000598 Page 195

 

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ILLINOIS CHANGES – LIQUOR LIABILITY

This endorsement modifies insurance provided under the following:

LIQUOR LIABILITY COVERAGE FORM

### SCHEDULE

| | Limits Of Insurance |
|---|---|
| Each Person Bodily Injury Limit | $ |
| Each Person Property Damage Limit | $ |
| Loss Of Means Of Support Or Loss Of Society Limit | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to Illinois locations:

A. The Each Common Cause Limit shown in the Declaration is replaced by the limits shown in the Schedule above. The Aggregate Limit shown in the Declaration continues to apply.

B. Paragraph 3. of **Section III – Limits Of Insurance** is replaced by the following:

   3. Subject to the Aggregate Limit, the Loss Of Means Of Support Or Loss Of Society Limit is the most we will pay for all loss of means of support or society sustained by one or more persons as the result of the selling, serving or furnishing of any alcoholic beverage to any one person.

C. The following paragraphs are added to **Section III – Limits Of Insurance:**

   4. Subject to the Aggregate Limit, the Each Person Bodily Injury Limit is the most we will pay for all " bodily injury" sustained by one person as the result of the selling, serving or furnishing of any alcoholic beverage to any one person.

   5. Subject to the Aggregate Limit, the Each Person Property Damage Limit is the most we will pay for all "property damage" sustained by one person or organization as the result of the selling, serving or furnishing of any alcoholic beverage to any one person.

D. **Conformity To Statute**

If the limitation provided under Section 235.5/6-21 as published in the Illinois Administrative Code is raised during the policy period, the limits of insurance provided in the Schedule of this endorsement are hereby amended to conform to that statute.

INSURED COPY

04/01/2006   8156716   NECLWMMP705   PGDM060D J27072   GCAOPPN  00000614  Page  211

  

**Golden Eagle Insurance** Inc.
Member of Liberty Mutual Group

| Policy Number: CBP8156716 | Prior Policy: 8156716 |
|---|---|

Policy Period:  09/01/2006    To:  09/01/2007    12:01 am Standard Time at the Mailing Address of the Named Insured

Coverage Is Provided In   THE NETHERLANDS INSURANCE COMPANY-A STOCK COMPANY

Billing Type: AGENCY BILL    -    PREPAID

| Named Insured and Mailing Address: | Agent: |
|---|---|
| MAX'S OF SKOKIE LP<br>DBA: BILLY BERK'S RESTAURANT<br>C/O E H MERRIMAN INSURANCE<br>1001 BROADWAY 3RD FLOOR<br>MILLBRAE CA  94030 | CROUSE & ASSOC-NO CALIF<br>100 PINE STREET STE 2500<br>SAN FRANCISCO  CA  94111<br><br>Agent Code: 4295300    Agent Phone: (415)-982-3870 |

Reason for Amendment:  RENEWAL

Transaction Effective Date:  09/01/2006

Premium for this Transaction:  $    38,760.00

## STATEMENT OF ACCOUNT

| Acct<br>Date | Premium | Surcharge/<br>Assessment | Total<br>Due |
|---|---|---|---|
| 09/2006 | $    38,760.00 | $        0.00 | $    38,760.00 |
| | | Total Premium Charged:  $ | 38,760.00 |

Date Issued:  09/05/2006

17-81 (04/97)

**INSURED COPY**

09/01/2006        8156716

PGDM060D  J22363   GCAFPPN   00000766  Page 1

**EXHIBIT C**



**Golden Eagle
Insurance** ™

Member of Liberty Mutual Group

525 B Street
San Diego, California 92101
800-688-8661

Address Reply To:
P.O. Box 85807
San Diego, California 92186-5807

Tel (619) 744-6100
Fax (619) 744-6111
Fax (619) 744-6112

August 16, 2007

MAX'S OF SKOKIE L.P.
c/o Dennis Faora, Esq.
Last & Faora
520 S. El Camino Real, Suite 430
San Mateo, CA 94402

RE:   **Karl L. Halperin v. Max's of Skokie Inc.**
U.S.D.C. (N.D. Ill.) Case No. 07CV2207

| | |
|---|---|
| Our Insured: | Max's of Skokie LP dba Bill Berk's Restaurant |
| Our Claim No.: | 303063750 |
| Policy No.: | CBP 8156716 |
| Eff. Dates: | 09/01/06 to 09/01/07 |
| Underwriting Company: | The Netherlands Insurance Company |

Dear Mr. Faora:

We are handling this matter on behalf of The Netherlands Insurance Company ("Netherlands Insurance").

As you know, Netherlands Insurance is on notice of the above captioned litigation pending in the U.S. District Court for the Northern District of Illinois. Netherlands Insurance issued Policy No. CBP 8156716 to Max's of Skokie LP dba Bill Berk's Restaurant, the Named Insured, with effective dates of 09/01/06 to 09/01/07 (the "Policy"). We have analyzed the allegations of the First Amended Complaint in conjunction with the terms of the Policy and have determined that this lawsuit includes both covered and non-covered allegations and damages. Therefore, while we will continue to provide a defense to the insured as to all the allegations of this lawsuit, we must deny indemnity for the uncovered allegations and causes of action.

## FACTS

The plaintiff alleges that on April 17, 2007 he received from the insured restaurant a computer-generated cash register receipt which displayed the plaintiff's card expiration date. Such a receipt is alleged to be a violation of the Fair And Accurate Credit Transaction Act (codified as 15 U.S.C. §1681 et seq.) ("FACTA"), which prohibits retailers from providing credit and/or debit card transaction receipts to consumers with the last five digits of the card number and/or the expiration date printed on the receipts. The plaintiff seeks to establish a class of consumers who essentially received such offending receipts from December 4, 2006 forward.

000222




Claim No. 303063750
August 16, 2007
Page 2

The plaintiff's complaint sets forth a single cause of action for Violation of 15 U.S.C. §1681 et seq. and seeks statutory damages of not less than $100 and not more than $1,000 for each violation, attorney fees and punitive damages.

## THE POLICY

In order to understand the coverage provided under this Policy, set forth below are those policy provisions which are relevant to this analysis. You may also wish to review the portion of the Policy entitled "Commercial General Liability Coverage Form" (Form CG0001 (10/01)) in its entirety.

The Policy provides coverage as follows:

### SECTION I—COVERAGES
### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1.  **Insuring Agreement**

    a.  **We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies.**
        \* \* \*

    b.  This insurance applies to "bodily injury" and "property damage" only if:

        (1)  The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

        (2)  The "bodily injury" or "property damage" occurs during the policy period.

        (3)  Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.
        \* \* \*

    e.  Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".



Claim No. 303063750
August 16, 2007
Page 3

The Policy also provides COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY:

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

1.    **Insuring Agreement**

    a.    We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result.

*  *  *

    b.    This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

In addition to the above insuring agreement, the following exclusion is incorporated into the Policy by way of endorsement and limits coverage in this matter as follows:

THIS ENDORSEMENT MODIFIES SUCH INSURANCE AS IS AFFORDED BY THE POLICY RELATED TO THE FOLLOWING:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

PUNITIVE/EXEMPLARY DAMAGE EXCLUSION

The policy does not apply to a claim of or indemnification for punitive or exemplary damages.

If a suit shall have been brought against the insured for a claim falling within the coverage provided under the policy, seeking both compensatory and punitive or exemplary damages, then the Company shall not have an obligation to pay for any costs, interest, or damages attributable to punitive or exemplary damages.




Claim No. 303063750
August 16, 2007
Page 4

The Policy contains the following endorsement which might affect the coverage afforded by the Policy for this claim:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**EXCLUSION – VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

A. The following exclusion is added to Paragraph 2.,Exclusionsof Section I – Coverage A – Bodily Injury And Property Damage Liability:

2. Exclusions

This insurance does not apply to:

DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

a. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

b. The CAN-SPAM Act of 2003,including any amendment of or addition to such law; or

c. Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

B. The following exclusion is added to Paragraph 2.,Exclusionsof Section I – Coverage B – Personal And Advertising Injury Liability:

2. Exclusions

This insurance does not apply to:

DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

a. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

b. The CAN-SPAM Act of 2003,including any amendment of or addition to such law; or

c. Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.



Claim No. 303063750
August 16, 2007
Page 5

Relevant terms used in the Policy are defined as follows:

1.    "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a.    Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b.    Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

\*    \*    \*

3.    "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

\*    \*    \*

13.    "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

\*    \*    \*

14.    "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a.    False arrest, detention or imprisonment;

   b.    Malicious prosecution;

   c.    The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d.    Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e.    Oral or written publication, in any manner, of material that violates a person's right of privacy;

   f.    The use of another's advertising idea in your "advertisement"; or

   g.    Infringing upon another's copyright, trade dress or slogan in your "advertisement".

\*    \*    \*

17.    "Property damage" means:

   a.    Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use



Claim No. 303063750
August 16, 2007
Page 6

> shall be deemed to occur at the time of the physical injury that caused it; or
>
> b.  Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.
>
> For the purposes of this insurance, electronic data is not tangible property.
> As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

*   *   *

## DISCUSSION AND ANALYSIS

The Policy provides Coverage A for claims of "bodily injury" and/or "property damage" caused by an "occurrence," all as defined in the Policy and outlined above. It is evident based upon our review of this matter that the plaintiff has not asserted any claims for "property damage" or "bodily injury" as those terms are defined, nor has any "occurrence," or accident, been alleged. Please be advised that claims for economic losses, such as lost profits, loss of investment, or any other harm to one's economic interests are considered injuries to intangible property, and thus do not constitute "property damage."

In addition to Coverage A, the Policy provides Coverage B for "personal and advertising injury" as detailed above. In order to find coverage under this section of the Policy, the insured must be alleged to have committed one of the enumerated offenses during the Policy period. We do not believe the plaintiff has set forth any claims or factual allegations comprising one or more of the enumerated "personal and advertising injury" offenses. In particular, there are no allegations that the insured *published* any material that violates a person's right of privacy. The act of providing a receipt to a consumer cannot be construed as a publication, nor is providing a consumer his/her own credit or debit card number a publication of private material to third parties. Nonetheless, we will provide the insured with a defense to this matter.

Even assuming, *arguendo,* the plaintiff's claims could be construed as a "personal and advertising injury" offense, the Policy contains the Violation of Statutes Exclusion Endorsement, quoted in full above. It bars coverage for "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate any statute, ordinance or regulation that prohibits or limits the sending, transmitting, communicating or distribution of material or information. While we do not believe that giving a customer his/her own receipt is publication, if it were held to be a




Claim No. 303063750
August 16, 2007
Page 7

publication it is certainly "sending, transmitting, communicating or distribution" of material and therefore excluded from coverage. As FACTA specifically is designed to limit the distribution of a consumer's credit or debit card number and expiration date, this exclusionary endorsement applies to bar coverage for this matter in its entirety.

Furthermore, there are circumstances in which damages may be awarded that are not specifically excluded by the Policy, but which public policy prohibits indemnification by insurance companies. Disgorgement of profits wrongfully obtained, restitution, and a multiplicity of damages designed to deter similar conduct, or intentionally caused damages may not be indemnified by insurance companies as a matter of public policy. Claims for purely non-economic relief, such as injunctive or declaratory relief, are not considered damages under the Policy and thus are not covered. The plaintiff is not seeking any damages other than statutory penalties, which are not considered insurable damages under the Policy. As set forth in the above quoted endorsement, punitive damages are not within the coverage afforded by the Policy. In addition, the public policy of the State of California as well as Insurance Code §533 prohibit insurance carriers in California from making payment for damages on behalf of an insured that are classified as punitive or exemplary damages.

## CONCLUSION

As previously indicated, Netherlands Insurance has agreed to provide the insured a defense for all allegations, covered or non-covered. However, Netherlands Insurance is specifically reserving its rights to deny indemnity for the claims and damages not covered under the Policy as discussed above.

Netherlands Insurance fully reserves the right to withdraw from the defense of this litigation at any point in time. If its own investigation, the discovery conducted in defense of the insured, or information obtained from any source whatsoever reveals that there is no coverage and no potential for coverage under the policy, Netherlands Insurance will withdraw from the defense of this litigation.

Netherlands Insurance further reserves the right to dispute coverage with the insured and with any other insurance carriers and/or other interested parties. This may include the filing of an action for declaratory relief to determine the respective rights and obligations of Netherlands Insurance, the insured, and any third parties with respect to the contract of insurance. Netherlands Insurance also reserves the right to institute litigation seeking other legal and/or equitable remedies in pursuing its rights with respect to the Policy.

Please be additionally advised that Netherlands Insurance reserves its rights and does not waive any right to later seek reimbursement from the insured for indemnity payment and defense costs, including attorneys' fees and expert witness fees incurred and paid on behalf of the insured should it be determined that the allegations of this lawsuit are precluded from coverage. The defense afforded by Netherlands Insurance is with the



Claim No. 303063750
August 16, 2007
Page 8

specific understanding that Netherlands Insurance has reserved the right to obtain reimbursement of such indemnity payments (including contribution to settlement or satisfaction of judgment) and defense expenses (including attorneys' fees, costs, claim expenses, and other sums) from the insured.

Netherlands Insurance is accepting the defense of this lawsuit under a complete reservation of all of its rights. The above discussion of particular coverage issues is not necessarily exhausted. Rather, Netherlands Insurance reserves all of its rights under the Policy and at law, specifically including the right to further amend its reservation of rights letter and assert other policy provisions and coverage defenses not set forth herein. No activities undertaken by Netherlands Insurance in the investigation or defense of this claim should be construed as a waiver of any of its rights. Netherlands Insurance acknowledges that the insured's rights are similarly reserved.

If you believe that any part of this claim has been wrongfully denied or rejected in any way, you may have the matter reviewed by the California Department of Insurance, Claims Services Bureau, 300 South Spring St., South Tower, Suite 201, Los Angeles, CA 90013. Their telephone number is (800) 927-4357.

Should you have any additional information or legal authority which you believe would materially alter our position expressed herein, please do not hesitate to contact the undersigned at (619) 744-6488.

Sincerely,
**GOLDEN EAGLE INSURANCE**

Adam K. Woellert
Sr. Claims Consultant
Property Casualty Litigation
(619) 744-6488

cc:     Crouse & Associates/San Francisco CA 94111