TOTAL P.02

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| REBECCA R. WEINREICH, Bar #155684<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>221 NORTH FIGUEROA STREET<br>SUITE 1200<br>LOS ANGELES, CA 90012<br>Telephone No: 213-250-1800    FAX No: 213-250-7900 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: THE NETHERLANDS INSURANCE COMPANY, a NEW HAPSHIRE corporation
Defendant: Max's Of Skokie Dba Billy Berk's Resturant & Piano Bar, A California Corporation

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07 5536 JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT; APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; ECF REGISTRATION HANDOUT; ORDER SETTING INTIAL CASE MANAGEMENT STATEMENT CONFERENCE AND ADR DEADLINES.

3. a. Party served:  MAX'S OF SKOKIE dba BERK'S RESTURANT AND PIANO BAR, AGENT FOR SERVICE OF PROCESS DENNIS BERKOWITZ
   b. Person served: POLO LOPES, AUTHORIZED TO ACCEPT

4. Address where the party was served:  120 E. GRAND AVENUE
   SOUTH SAN FRANCISCO, CA 94080

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Nov. 02, 2007 (2) at: 11:30AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. RAIMUNDO CARVALHO
   
   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331
   
   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2005-0000968-00
      (iii) County: San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date:Tue, Nov. 06, 2007

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(RAIMUNDO CARVALHO)
6362156.rebwa.95867

# CERTIFICATE OF SERVICE
*The Netherlands Insurance Company v. Max's of Skokie*
USDC - ND Case No. **C07 5536 JL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 N. Figueroa Street, Los Angeles, California 90012.

On November 13, 2007, I served the following document described as:

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in a sealed envelope addressed as follows:

**Max's of Skokie (dba Berk's Restaurant and Piano Bar)**
**Agent for Service of Process Dennis Berkowitz**
**120 E. Grand Avenue**
**South San Francisco, CA 94080**

[X]  **(BY MAIL, 1013a, 2015.5 C.C.P.)** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **(BY OVERNIGHT DELIVERY/COURIER)** I deposited such envelope in a box or facility regularly maintained by the express service carrier in an envelope or package designated by the express service carrier with delivery fees provided for.

[ ]  **(BY FACSIMILE)** The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[ ]  **(BY MESSENGER)** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a messenger for personal service. (A proof of service executed by the messenger will be filed in compliance with the *Code of Civil Procedure*.)

[X]  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 13, 2007, at Los Angeles, California.

_____
Robert Mendosa

4849-1561-2418.1                    CERTIFICATE OF SERVICE