# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

221 NORTH FIGUEROA STREET, SUITE 1200, LOS ANGELES, CA 90012
PHONE: 213.250.1800 | FAX: 213.250.7900 | WEBSITE: www.lbbslaw.com

REBECCA R. WEINREICH                January 30, 2008

**VIA FACSIMILE (415) 522-2140**

The Honorable James Larson
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

    Re:    The Netherlands Insurance Company v. Max's of Skokie
           Civil Action Number 07 CV 5536 JL

Dear Judge Larson:

    This office represents Plaintiff, The Netherlands Insurance Company in the captioned matter. I am lead counsel to the Plaintiff and am officed in Los Angeles. We write to request leave to appear telephonically at the Initial Case Management Conference, set for 10:30 on February 6, 2008. Although the Defendant has not yet appeared, Plaintiff has filed a Rule 26(f) Report and Case Management Statement.

    We thank Your Honor for considering this request.

                              Very truly yours,

                              Rebecca R. Weinreich of
                              LEWIS BRISBOIS BISGAARD & SMITH

RRW:rm
cc:   Mr. Greg Boro (Max's of Skokie)
      Mr. Dennis Berkowitz (Max's of Skokie)

**SO ORDERED**

JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TUCSON

4821-0741-0690.1