## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 10:44-10:47 ( 06 min)
Date: **February 6 , 2008**

Case No: **C07- 5536 JL**

Case Name: **The Netherlands Insurance Co. v. Max"s of Skokie**

Plaintiff  Attorney(s): Rebecca Weinreich by phone (213) 250-1800 (ext 2973)
Defendant Attorney(s): not present

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                                           **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 3-12-08 @ 10:30 a.m. for fur CMC
Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
         [ ] Jury  [ ]  Court


Notes:Pltf's counsel may appear by phone again.



cc: Venice, Kathleen,Magref