**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Rebecca R. Weinreich SB# 155684
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 481-0621
Email:    weinreich@lbbslaw.com

Kathleen E. Hegen, SB# 104522
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882
e-mail:    hegen@lbbslaw.com

**WILEY REIN LLP**
Laura A. Foggan, *pro hac vice*
1776 K. Street N. W.
Washington, D. C. 20006
Telephone: (202) 719-3382
Facsimile: (202) 719-7049
Email: lfoggan@wileyrein.com

Attorneys for Plaintiff,
The Netherlands Insurance Company

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NETHERLANDS INSURANCE COMPANY, a New Hampshire corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAX'S OF SKOKIE dba BILLY BERK'S RESTAURANT & PIANO BAR, a California Corporation<br><br>Defendant. | CASE NO. 07-cv-05536-JL<br><br>**NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that this matter came regularly for a Case Management Conference on February 6, 2008 in the above entitled Court before the Honorable James Larson. Rebecca R. Weinreich appeared on behalf of Plaintiff The

1 Netherlands Insurance Company. No appearance was made on behalf of
2 Defendants.
3   The Court continued the Case Management Conference to March 12, 2008 at
4 1:30 p.m., in the above reference Court as set forth on the attached Civil Minutes.

6 DATED: February 6, 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP

                                By_____
                                Rebecca R. Weinreich
                                Attorneys for Plaintiff The Netherlands
                                Insurance Company

## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 10:44-10:47 ( 06 min)
Date: **February 6 , 2008**

Case No: **C07- 5536 JL**

Case Name: **The Netherlands Insurance Co. v. Max"s of Skokie**

Plaintiff Attorney(s): Rebecca Weinreich by phone (213) 250-1800 (ext 2973)
Defendant Attorney(s): not present

Deputy Clerk: **Wings Hom**

**PROCEEDINGS:**                                             **RULING:**
1.
2.
3.
4.
[ X ]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**
**Order to be prepared by:** [ ] Plntf [ ] Deft [] Court
**Case continued to:** 3-12-08 @ 10:30 a.m. for fur CMC
Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at , set for  days.
     [ ] Jury  [ ] Court


Notes:Pltf's counsel may appear by phone again.



cc: Venice, Kathleen,Magref

**CERTIFICATE OF SERVICE**
*The Netherlands Insurance Company v. Max's of Skokie*
USDC - ND Case No. **C07 5536 JL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 N. Figueroa Street, Los Angeles, California 90012.

    On February 6, 2008, I served the following document described as:

**NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in a sealed envelope addressed as follows:

**Max's of Skokie**
**Agent for Service of Process**
**Mr. Greg Boro**
**Dennis Berkowitz**
**120 E. Grand Avenue**
**South San Francisco, CA 94080**

[X]    **(BY MAIL, 1013a, 2015.5 C.C.P.)** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **(BY OVERNIGHT DELIVERY/COURIER)** I deposited such envelope in a box or facility regularly maintained by the express service carrier in an envelope or package designated by the express service carrier with delivery fees provided for.

[ ]    **(BY FACSIMILE)** The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[ ]    **(BY MESSENGER)** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a messenger for personal service. (A proof of service executed by the messenger will be filed in compliance with the *Code of Civil Procedure*.)

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 6, 2008, at Los Angeles, California.

*/s/ Robert Mendosa*
———————————————
Robert Mendosa

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4849-1561-2418.1    CERTIFICATE OF SERVICE