**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Rebecca R. Weinreich SB# 155684
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 481-0621
Email:    weinreich@lbbslaw.com

Kathleen E. Hegen, SB# 104522
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882
e-mail:    hegen@lbbslaw.com

**WILEY REIN LLP**
Laura A. Foggan, *pro hac vice*
1776 K. Street N. W.
Washington, D. C. 20006
Telephone: (202) 719-3382
Facsimile: (202) 719-7049
Email: lfoggan@wileyrein.com

Attorneys for Plaintiff,
The Netherlands Insurance Company

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NETHERLANDS INSURANCE COMPANY, a New Hampshire corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAX'S OF SKOKIE dba BILLY BERK'S RESTAURANT & PIANO BAR , a California Corporation<br><br>　　　　　Defendant. | CASE NO. 07-cv-05536-JL<br><br>**PLAINTIFF'S SUPPLEMENTAL CASE MANAGEMENT STATEMENT**<br><br><br>Date:　　March 12, 2008<br>Time:　　10:30 a.m. |

Pursuant to this Court's February 6, 2008 Order, Plaintiff The Netherlands

Insurance Company ("Netherlands") submits the following supplemental Case

Management Statement.

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1    Defendant, Max's of Skokie dba Billy Berk's Restaurant & Piano Bar

2 (Max's") has not appeared in the present action but has been in contact with

3 Netherlands' counsel. Netherlands and Max's have agreed that if the underlying

4 case settles, the present case will be dismissed.

5    The plaintiff in the underlying action, *Halperin v. Max's of Skokie*

6 *("Halperin")*, has withdrawn his request for class certification. Settlement

7 discussions are proceeding in *Halperin* and the parties are less than $15,000 apart in

8 their negotiations. Netherlands expects *Halperin* will resolve in the next 30-45 days.

9 Once it has been dismissed, the present action will also be dismissed.

10    In light of these developments, Netherlands respectfully moves this Court to

11 continue the Case Management Conference for 45 days to allow the underlying

12 *Halperin* case to settle and be dismissed, whereupon Netherlands anticipates

13 dismissing the present litigation as well.

14

15 Dated: March 5, 2008          LEWIS BRISBOIS BISGAARD & SMITH

16

17                                By

18                                     Rebecca R. Weinreich
                                       Attorneys to Plaintiff The Netherlands
19                                     Insurance Company

20 The Case Management Conference has been continued to April 30, 2008 at 10:30 a.

21 m.

22

23 March 7, 2008

24

25

26

27

28

*IT IS SO ORDERED*

*Judge James Larson*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800