## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 10:55-11:05 ( 10 min)
Date: **April 30, 2008**

Case No: **C07- 5536 JL**

Case Name: **The Netherlands Insurance Co. v. Max"s of Skokie**

Plaintiff  Attorney(s): Rebecca Weinreich
Defendant Attorney(s): not present

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                                    **RULING:**
1.
2.
3.
4.
[ X] Fur Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**
**Order to be prepared by:** [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 6-18-08 @ 10:30 a.m. for fur CMC
Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
          [ ] Jury  [ ]  Court

Notes:

cc: Venice, Kathleen