IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Netherlands Insurance

        Plaintiff(s),

v.

Max's of Skokie

        Defendant(s).

No.: C-07-5536 JL

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), party[ies] to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

_____
Attorney for Plaintiff
Dated: 4/30/08

_____
Attorney for Defendant

**CERTIFICATE OF SERVICE**
*The Netherlands Insurance Company v. Max's of Skokie*
USDC - ND Case No. **C07 5536 JL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 N. Figueroa Street, Los Angeles, California 90012.

On May 1, 2008, I served the following document described as:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on all interested parties in this action by placing [X] a true copy  [ ] the original thereof enclosed in a sealed envelope addressed as follows:

**Max's of Skokie**
**Agent for Service of Process**
**Mr. Greg Boro**
**Dennis Berkowitz**
**120 E. Grand Avenue**
**South San Francisco, CA 94080**

[X]   (BY MAIL) I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY OVERNIGHT DELIVERY/COURIER) I deposited such envelope in a box or facility regularly maintained by the express service carrier in an envelope or package designated by the express service carrier with delivery fees provided for.

[ ]   (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[ ]   (BY MESSENGER) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a messenger for personal service. (A proof of service executed by the messenger will be filed in compliance with the *Code of Civil Procedure*.)

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declaration under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 1, 2008, at Los Angeles, California.

_____
Robert Mendosa

4849-1561-2418.1                    CERTIFICATE OF SERVICE