UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETHERLANDS INSURANCE CO.,

       Plaintiff(s),                       No. 07-05536 JL

     v.                            NOTICE OF CONTINUANCE

MAXIE'S OF SKOKIE,

       Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     The case management conference in the above entitled  set for June 18, 2008  has been continued to July 16, 2008 at 10:30 a.m., in Courtroom F, 15th Floor, before Magistrate Judge James Larson.

Dated:  June 6, 2008

*Wings Hom*

_____

Wings Hom, Courtroom Deputy to
U.S. Magistrate Judge James Larson